JULIAN BARNES #AP9368
AKA
TITUS LEE BARNES
VSP (B4/28/3L)
P.O. Box 92
Chowchilla, Ca. 93610
　　　　IN Pro Se

FILED
July 15, 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED LF
JUN 26 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Case No. 25-cv-5901-VKD

ATTN: Clerk, United States District Court, Northern Dist. of California

Pursuant to 17 U.S.C. § 512(h)(1), Julian Barnes aka Titus Lee Barnes, (Hereinafter "Plaintiff"), moves this court for a subpeona for the reason(s) set forth below:

Upon information and belief, Plaintiff, alleges that, John Doe, d/b/a/ EVIL STREETS TV, is in violation under U.S.C. 17 § 501.,(COPY-RIGHT INFRINGEMENT), of, Plaintiff's, registered copyright to the book Drug Lords of Oakland®[TX 8-646-340, 9/5/18]. Upon further information and belief, Plaintiff, asserts that, YouTube, Inc., d/b/a YouTube, LLC., is the service provider for the platform that EVIL STREETS TV resides and is transmitted. Plaintiff, seeks the identity of the official account holder and/or operator (And any other pertinent info) of EVIL STREETS TV (channel) for the purpose of filing a complaint in the United States District Court. (see attachments)

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is accurate and correct.

Dated: June 21, 2025

Signed: Julian B.
Julian Barnes aka
Titus Lee Barnes

JULIAN BARNES # AP9368
AKA
TITUS LEE BARNES
VSP (B4/28/3L)
P.O. Box 92
Chowchilla, Ca.93610
        In Pro Se

ATTN: Youtube, Inc., d/b/a Youtube, LLC.

Pursuant to 17 U.S.C. § 512(h)(1), Julian Barnes aka Titus Lee Barnes, (Hereinafter "Plaintiff"), moves the United States District Court, Northern District of California, for a subpeona for the reason(s) set forth below:

Upon information and belief, Plaintiff, alleges that, John Doe d/b/a EVIL STREETS TV, is in violation under U.S.C. 17 § 501., (COPYRIGHT INFRINGEMENT),of, Plaintiff's,,registered copyright to the book Drug Lords of Oakland® [TX 8-646-340]. Upon further information and belief, Plaintiff, asserts, that YouTube, Inc., d/b/a YouTube, LLC., is the service provider for the platform that EVIL STREETS TV (YouTube Channel) resides and is transmitted. Plaintiff, seeks the identity of the official account holder and/or operator(and any other pertinent info) of the EVIL STREETS TV channel for the purpose of filing a complaint in the United States District Court.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is accurate and correct.

Dated: June 21, 2025                    Signed: _Julian B_____
                                                Julian Barnes aka
                                                Titus Lee Barnes



# FREEBIRD PUBLISHERS

1-774-406-8682

Specializing in Prisoner Publications

🛒 Cart 0

Search Freebird

HOME | SHOP | PUBLISHING | INMATE SERVICES | BLOG | ADVERTISE

Home / Drug Lords of Oakland



Drug Lords of Oakland

$21.99

Quantity

1

**ADD TO CART**

Details

- Paperback: 222 pages
- Publisher: CreateSpace Independent Publishing Platform; 1 edition (September 3, 2018)
- Language: English
- ISBN-10: 1724791567
- ISBN-13: 978-1724791566
- Product Dimensions: 6 x 0.5 x 9 inches

f  8+  y  p  t

Activate Windows
Go to Settings to activate Windows

  Type here to search          9:36 AM 2/7/2019

Registration Number

# *-APPLICATION-*

## Title

       **Title of Work:** Drug Lords of Oakland

## Completion/Publication

       **Year of Completion:** 2018
       **Date of 1st Publication:** September 03, 2018
       **Nation of 1st Publication:** United States
       **International Standard Number:** ISBN 978-1724791566

## Author

-        **Pseudonym:** Titus Lee Barnes
       **Author Created:** text
       **Work made for hire:** No
       **Citizen of:** United States
       **Domiciled in:** United States
       **Year Born:** 1970
       **Pseudonymous:** Yes

## Copyright Claimant

       **Copyright Claimant:** Julian J Barnes
       613 Plaza de las Sierras, Modesto, CA, 95350, United States

## Rights and Permissions

       **Name:** Julian J Barnes
       **Email:** barnestlee@gmail.com
       **Telephone:** (510)395-1492
       **Address:** 613 Plaza de las Sierras
       Modesto, CA 95350 United States

## Certification

| Print Requester | Booking # | Request Date | Requested Ink | Room | Location |
|---|---|---|---|---|---|
| JULIAN BARNES | AP9368 | 06/11/25 16:19 PDT | Black/White | B-4 | VSP,Facility B,B 004 1-028003L |

From: Tamika Scott on 05/30/25 04:51 PDT

Thank you for your removal request. We've reviewed it and provided updates below.

## Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=DRdkrASJBxY

https://www.youtube.com/watch?v=VZWN6HelvoE

https://www.youtube.com/watch?v=XJG9ZkElaZU

https://www.youtube.com/watch?v=YJGVPI7Ul58

https://www.youtube.com/watch?v=t0S2WLDaAxg

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Julian Barnes
Your Full Legal Name (Aliases, usernames or initials not accepted): Julian Barnes
Your Title or Job Position (What is your authority to make this complaint?): Author

RECEIVED
JUN 12 2025
MAILROOM
VALLEY STATE PRISON

| Print Requester | Booking # | Request Date | Requested Ink | Room | Location |
|---|---|---|---|---|---|
| JULIAN BARNES | AP9368 | 06/11/25 16:18 PDT | Black/White | B-4 | VSP,Facility B,B 004 1-028003L |

From: Tamika Scott on 05/26/25 11:06 PDT



**Description**                                                                 ✕

Meet Oakland's LEGENDARY KINGPIN Harvey "Funktown Harv" Whisenton

| 929 | 24,766 | May 19 |
|---|---|---|
| Likes | Views | 2025 |

INFORMATION FOR THIS VIDEO WAS OBTAINED FROM DRUG LORDS OF OAKLAND BY TITUS LEE BARNES. This video details the life and career of one of the most infamous Goons, Kingpins and Gangsters from the Golden Era of Hustling. Harvey "Funktown Harv" Whisenton.
https://creators.spotify.com/pod...

RECEIVED

JUN 12 2025

MAILROOM
VALLEY STATE PRISON

| Print Requester | Booking # | Request Date | Requested Ink | Room | Location |
|---|---|---|---|---|---|
| JULIAN BARNES | AP9368 | 06/11/25 16:18 PDT | Black/White | B-4 | VSP,Facility B,B 004 1-028003L |

From: Tamika Scott on 05/26/25 11:06 PDT



**Description**

Meet Oakland's LEGENDARY KINGPIN Mickey "Mick Mo" Moore

| 600 | 14,545 | May 22 |
|---|---|---|
| Likes | Views | 2025 |

INFORMATION FOR THIS VIDEO WAS OBTAINED FROM DRUG LORDS OF OAKLAND BY TITUS LEE BARNES. This video details the life and career of one of the most infamous Goons, Kingpins and Gangsters from the Golden Era of Hustling. Mickey "Mick Mo" Moore.
https://creators.spotify.com/pod...

RECEIVED
JUN 12 2025
MAILROOM
VALLEY STATE PRIS(