**YOUR CASE HAS BEEN ASSIGNED TO A MAGISTRATE JUDGE – Please Read!**

This prisoner case has been assigned to a magistrate judge according to the rules in this court's General Order 44. If all parties agree, a magistrate judge can handle the entire case, from the early stages to the trial, with appeals going directly to the United States Court of Appeals for the Ninth Circuit.

Please fill out the form below, indicating whether you agree to the magistrate judge handling the case or if you would rather have a district judge handle it. You won't face any negative consequences if you decide not to agree; the case will just be reassigned to a district judge.

If you filed the case (plaintiff/petitioner), you should fill out and send this form back to the court within 14 days of receiving it. Defendants/respondents have 28 days to submit the form after receiving it. If the case was removed to this federal court, all parties must submit the form within 14 days of receiving this notice.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIAN BARNES,

       Plaintiff,

v.

YOUTUBE INC

       Defendant.

Case No. 25-cv-05901-VKD

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **CONSENT to Magistrate Judge Jurisdiction**

I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment, with appeal from the judgment taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

Date: _____     Printed name: _____

Signature: _____