1  Julian Barnes aka
2  Titus Lee Barnes
3  VSP (B4-28-3L)
4  P.O. Box 92
5  Chowchilla, Ca. 93610
6       In Pro Se

FILED

Jul 15 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN BARNES aka TITUS LEE BARNES<br><br>Plaintiff,<br><br>-v-<br><br>YouTube, Inc., YouTube, LLC.;<br>AND JOHN DOE d/b/a EVIL STREETS TV; Sued Individually;<br><br>Defendant(s) | CASE No. 25-cv-5901-VKD<br>COMPLAINT<br>COPYRIGHT INFRINGEMENT<br>17 U.S.C § 501.<br>PRELIMINARY AND PERMANENT INJUNCTION<br>17 U.S.C. § 502.<br>DAMAGES AND PROFITS<br>17 U.S.C. § 504.<br><br>DEMAND FOR TRIAL |

## A. INTRODUCTION

This is a civil action filed by Julian Barnes aka Titus Lee Barnes (Hereinafter "Plaintiff"), author of Drug Lords of Oakland® [TX 8-646-340, date: 09/05/18], for damages, profits and injunctive relief under 17 U.S.C. §§ 501., 502., 504., Plaintiff, alleging Copyright Infringement under three theories of liabilities: Direct, contributory and vicarious liability in violation of the fifth Amendment to the Constitution to the United States Constitution, and brings this action to redress against Defendant(s) each

one of them under the Seventh Amendment to the United States Constitution.for violations of Plaintiff's constitutional rights.

2. The true name or capacities, whether individual, corporate, associate, governmental or otherwise of Defendant, John Doe, are unknown to, Plaintiff, at the time of filing this complaint, who therefore sues said, Defendant(s), by such fictitous names. When the names and capacities of said Defendant(s) are ascertained, Plaintiff, will amend this complaint accordingly.

3. Plaintiff, is informed and believes, and thereon alleges, that each of the Defendant(s) designated herein as John Doe, is responsible, negligently or in some other actionable manner, for the events and happenings herein set forth and proximately caused injury to the Plaintiff as herein alleged.

4. Plaintiff, is informed and believes and thereon alleges that, at all times mentioned, Defendant John Doe, was the agent of Defendant YouTube, Inc., d/b/a YouTube LLC., (Hereinafter "Youtube"), and, in doing the things hereinafter alleged, was acting within the course and agency and with the permission and consent of his/her codefendant.

## B. JURISDICTION

5. Court. has jurisdiction over the plaintiff's claims of violation of constitutional rights under 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution of the United States.

6. Jurisdiction of the Court is invoked pursuant to 28 U.S.C. §1343(a)(1) in that this action seeks to recover damages for injury to this person or property.

## C. VENUE

7. Venue is poper in this court under 28 U.S.C. § 1391(b)(2) be̶c̶a̶u̶s̶e̶

1 | cause it is a judicial district which a substantial part of the
2 | events or ommissions giving rise to the claim occured, or a sub-
3 | stantial part of the property that is subject of the action is
4 | situated;

### D. INTRODUCTION OF PARTIES

6 | 8. Julian Barnes aka Titus Lee Barnes (Hereinafter "Plaintiff") is
7 | at all times mentioned herein the author, owner and official copy-
8 | right holder of Drug Lords of Oakland® [TX 8-646-340, date:9/5/18].
9 | 9. YouTube, Inc., d/b/a YouTube, LLC., (Defendant) (Hereinafter
10 | "YouTube") during all times mentioned is the internet service pro-
11 | vider responsible for the Infringement of, Plaintiff's, copyright,
12 | causing irreparable and unappreciated injuries to, Plaintiff's book-
13 | sales and brand, whether directly, contributory or vicariously or
14 | otherwise. YouTube is sued in its individual capacity. At all times
15 | mentioned, YouTube, acted within the course and the scope of it's
16 | business structure under the color of law in the United States.
17 | 10. Plaintiff, alleges that, defendant, YouTube, financially benef-
18 | itted as a result of the Copyright Infringement alleged by the
19 | Plaintiff, also, Plaintiff, alleges, that, YouTube, excercises
20 | control over the direct infringer.
21 | 11. Defendant, John Doe d/b/a/ Evil Streets TV (Hereinafter
22 | "John Doe") during all times mentioned is responsible for Copy-
23 | right Infringement against, Plaintiff's, intellectual property in
24 | the form of Drug Lords of Oakland® [TX 8-646-340], by uploading and
25 | reproducing, during the performance and display of videos, several
26 | chapters of Plaintiff's book, to its YouTube channel, Evil Streets TV.
27 | 12. Plaintiff, alleges that, John Doe, had prior knowledge and
28 | was aware of the unconstitutional application(s) of each video dis-

played on its YouTube channel, in association with, Plaintiff's book Drug Lords of Oakland based on the caption attached to each video stating "INFORMATION FOR THIS VIDEO WAS OBTAINED FROM DRUG LORDS OF OAKLAND BY TITUS LEE BARNES."

13. Plaintiff, alleges that YouTube, did not act swiftly enough to safegaurd, Plaintiff, from unwanton injuries inflicted upon his booksales and brand as a result of "John Doe's" malicious, infringing activities perpetrated on YouTube's platform for two reasons, (1) Subscription based funds, (2) Ad-based funds, generated by Evil Streets TV.

14. Plaintiff, alleges that Evil Streets TV is a monetized YouTube channel with upwards of 46k subscribers.

15. Plaintiff, alleges that "John Doe" is a signed member of YouTube Partner Program (YPP), and is eligible to receive 55% of net revenues recognized by YouTube ads displayed...in conjunction with the streaming [the participants] content, and YouTube will pay [the participants] 55% of the total net revenues recognized by YouTube from subscription fees (YPP users).

16. Plaintiff alleges that his booksales suffered immensly as a result of this infringement as well as numerous other unappreciated injuries imposed upon his brand.

E. FACTUAL ALLEGATIONS

17. On or about April 17, 2025, Defendant, John Doe, was the operator/account holder of the Evil Streets TV channel on YouTube that displayed a thirty-seven minute and five second video titled, Meet Oakland's LEGENDARY GANGSTER Felix "The Cat" Mitchell. During the performance and display of this video, John Doe, [Operator/account holder] narrated, Chapter one (Big Fee) of Drug Lords of

-4-

1 | Oakland and displayed copyrighted photographs while running b-roll
2 | film footage in tandem with the narration of, Plaintiff's, book con-
3 | tent.
4 | 18. On or about May 19, 2025, JOHN DOE, Defendant, as the op-
5 | erator/account holder of the Evil Streets TV channel on YouTube, did
6 | display a twenty-two minute and twenty-nine second video titled,
7 | Meet Oakland's LEGENDARY KINGPIN Harvey "Funktown Harv" Whisenton.
8 | During the performance, and display of this video, JOHN DOE,
9 | [Operator/account holder] narrarated, plagiarized and reproduced
10 | Chapter three, (Funktown Harv) of Drug Lords of Oakland, while dis-
11 | playing copyrighted photo's and running b-roll film footage in tan-
12 | dem with the narration of Plaintiff's, book content. (See caption)
13 | Caption: "INFORMATION FOR THIS VIDEO OBTAINED FROM DRUG LORDS OF OAKLAND BY TITUS LEE BARNES".
14 | 19. On or about May 22, 2025, JOHN DOE, Defendant, as the op-
15 | erator/account holder of the Evil Streets TV channel on YouTube, did
16 | display a video titled, Meet Oakland's LEGENDARY KINGPIN Milton
17 | "Mick Mo" Moore. During the performance and display of this video
18 | JOHN DOE, [Operator] posted, narrated, plagiarized and reproduced and
19 | transmitted, Chapter two (Mick Mo) of Drug Lords of Oakland, while
20 | displaying photo's and running b-roll film in tandem with the narr-
21 | ation of, Plaintiff's book content. This video was captioned:
22 | "INFORMATION FOR THIS VIDEO WAS OBTAINED FROM DRUG LORDS OF OAKLAND
23 | BY TITUS LEE BARNES."
24 | 20. On or about May 24, 2025, Defendant, JOHN DOE, as the op-
25 | erator/ account holder of the Evil Streets TV channel, on YouTube
26 | did display a twenty-two minute and sixteen second video titled,
27 | Meet Oakland's LEGENDARY KINGPIN Rudolph "Rudy" Henderson. During
28 | the performance and display of this video, JOHN DOE [Operat-

or] narrated, plagiarized and reproduced Chapter 4 (Big Rudy) of Drug Lords of Oakland, while displaying photo's and running b-roll film footage in tandem with narration of Plaintiff's book content. This video was captioned: "INFORMATION FOR THIS VIDEO WAS OBTAINED FROM THE BOOK DRUG LORDS OF OAKLAND BY TITUS LEE BARNES."(TX 8-646-340, dated:09/05/18).

21. On or about May, 25, 2025, John Doe, as the account holder/operator of the Evil Streets TV, YouTube channel, did display a video titled Meet Oakland's LEGENDARY KINGPIN Darryl "Lil D" Reed. During the performance and display of this video, John Doe, narrated, plagiarized and reproduced chapter 6 (Lil D), of Drug Lords of Oakland by Titus Lee Barnes, while displaying photo's and running b-roll film footage in tandem with narration of Plaintiff's book content.

22. On or about May 26, 2025, Plaintiff, sent YouTube, a Notice to Cease and Desist via U.S. Mail @ ATTN: DMCA, 901 Cherry Avenue, San Bruno, Ca. 94066.

23. On or about May 28, 2025, Plaintiff, sent John Doe a Cease and Desist notice via email to Evilstreetsmedia@Gmail.com.

24. On or about May 28, Plaintiff sent YouTube a Notice to Cease and Desist via Report Legal Issue prompt on the Youtube platform.

25. On or about May, 30, 2025, YouTube sent Plaintiff a response in the form of a email stating "The content listed below has been removed. Videos in question: https://www.youtube.com/watch? (1) v=DRdkrASJBxy, (2) v=VZWN6HelvoE, (3) v=XJG9ZkElaZU,, (4) v=YJGVP17U158; and; (5) v=tOS2WLDaAxg.

26. On or about June 1, 2025, John Doe, posted statement in his/her Evil Streets TV comments that were seditious, libelous and offens-

1 sive in nature.

2 27. On about June 5, 2025, Youtube sent Plaintiff, an email stating:

3 "At this point in the counter notification process you must provide evidence that you've taken legal action against the uploader to keep the content at issue from being reinstated to YouTube."...

5 28. On or about June 6, 2025, John Doe sent Plaintiff a vulger

6 Email in response to the Cease and Desist notice.

7 29. On or about June 16, 2025, YouTube, reinstated the video titled

8 Meet Oakland's LEGENDARY KINGPIN Darryl "Lil D" Reed.

9 30. On or about June 18, 2025, John Doe contested the Copyright

10 strike and asked for all five videos mentioned to be reinstated.

11 31. [A]t all times mentioned defendants actions, each and every

12 one of them was infringing and damaging.

13 32. Plaintiff has exhausted all administrative remedies.

## CAUSE OF ACTION

## VIOLATION OF 17 U.S.C. § 501.

### F. COPYRIGHT INFRINGEMENT

33. Plaintiff, incorporates by reference and realleges as thoroughly set forth herein the paragraphs 1 through 32.

34. The actions of John Doe, directly and contributively infringed upon the registered copyright of the Plaintiff and violated the rights, priveleges and immunities secured to Plaintiff, under the Fifth Amendment to the Constitution of the United States. During all times mentioned herein, the said Defendant(s) and each of them, seperately and in concert, acted illegitamately, creating a secondary market for Plaintiff's, "material" in the form of his copyright and book Drug Lords of Oakland, that facilitates the violation of the terms of service thereof.

35. The actions of YouTube, and its inert efforts to thwart, stop,

derail and interdict, John Doe, from directly infringing upon the Plaintiff's, copyrighted material in accordance with the customs, regulations, priveleges and immunities secured to the Plaintiff by the Fifth Amendment to the Constitution of the United States, coalesced with an obvious and direct financial interest in the exploitation of Plaintiff's copyrighted material.

36. Plaintiff is now suffering and will continue to suffer irrepable injury and monetary damages as a result of defendant's (each and every one of them volitional conduct and infringing activity unless and until this court grants relief.

SECOND CAUSE OF ACTION

17 U.S.C. § 502.

G. PRELIMINARY AND PERMANENT INJUNCTION

37. Plaintiff, incorporates by reference and realleges as thoroughly set forth herein the paragraphs 1 through 36.

38. The actions of John Doe, during the narraration, reproduction and transmittal of Plaintiff's, private property, in the form of legally copyrighted material, performed and displayed under the course and scope and agency of defendant, Youtube, directly infringed on and violated the rights, priveleges and immunities secured to Plaintiff, under the Fifth Amendment to the Constitution of the United States. During all times mentioned herein, the said defendants and each and every one of them, seperately and in concert by John Doe's failure to discontinue his/her own actions facilitated third-party infringement,,attributable to YouTube which is in fact contributory liability.

39. Plaintiff, has pursued a judicial remedy with all deliberate speed and desires a judgement at the earliest possible date.

40. Nevertheless, it appears that unless defendant(s) are restrained and provisionally enjoined, as plaintiff prays hereinafter, they will take further action to enforce the adopted plan that will cause irreparable harm to plaintiff, including monetarily and otherwise.

41. The actions of YouTube, during the course, scope and agency of, service providers for John Doe, with the right and ability to supervise the infringing activity violated the rights, priveleges and immunities secured to plaintiff, under the Fifth Amendment to the Constitution of the United States.

42. Plaintiff is now suffering and will continue to suffer irreparable injury and monetary damages as a result of defendant(s), each and every one of them, and their volitional conduct and infringing activity unless and until this court grants relief.

THIRD CAUSE OF ACTION

17 U.S.C. § 504.

H. DAMAGES AND PROFITS

43. Plaintiff, incorporates by reference and realleges as thorough-set forth herein the paragraphs 1 through 42.

44. By reason of his/her conduct and actions, John Doe has caused Plaintiff irreparable injury, monetarily and otherwise.

45. Therefore, Plaintiff is entitled to Judicial relief in the underlying action as this court sees fit.

46. By reason of its conduct, Youtube has caused Plaintiff, irreparable injury, monetarily and otherwise.

47. Therefore, Plaintiff is entitled to Judicial relief in the underlying action as this court sees fit.

48. Plaintiff is now suffering and will continue to suffer irrep-

arable injury and monetary damages as a result of defendant(s), each and every one of them, and their volitional conduct of infringing activity unless and until this court grants relief.

## I. PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that this court grant the following relief:

1. Declare that John Doe, violated Plaintiff's Fifth Amendment rights when he/she narrated, plagiarized and reproduced Plaintiff's copyrighted material and performed, displayed and transmitted it on YouTube.

2. Declare that YouTube, violated Plaintiff's Fifth Amendment rights when they (a) excercised control over John Doe's content uploaded to their platform, and; (b) Had a direct and financial interest in those activities. (Therefore, having vicarious liablity of infringement on Plaintiff's copyrighted material.)

3. Declare that John Doe is in violation of Copyright Infringement of Drug Lords of Oakland [TX 8-646-340];

4. Declare that YouTube, is in violation of Copyright Infringement of Drug Lords of Oakland [TX 8-646-340];

5. Plaintiff seeks a Preliminary and Permanent Injunction under 17 U.S.C. § 502(a), and, 502(b);

6. Plaintiff seeks an award of actual damages of defendants (each and every one of them) Profits attributable to their alleged infringing activities, or, alternatively, statutory damages under 17 U.S.C. § 504., for the irreparable injury caused monetarily.

7. Attorney fees and costs of this suit herein;

8. For such other and further relief as the court may deem proper.

Plaintiff requests a Trial

I SWEAR UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT ACCORDING TO MY KNOWLEDGE

Dated: June 28, 2025

Signed: _____

Julian Barnes aka
Titus Lee Barnes
In Pro Se

-11-