1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

SAN JOSE DIVISION

7

8    JULIAN BARNES,

Case No.  25-cv-05901-VKD

Plaintiff,

9

10    v.

**ORDER DIRECTING CLERK TO
CHANGE CASE DESIGNATION**

11    YOUTUBE, INC., et al.,

Defendants.

12
13
14        Plaintiff Julian Barnes, a state prisoner at Valley State Prison in Chowchilla, California,

15    filed a complaint in *pro se* claiming copyright infringement under 17 U.S.C. § 501, against

16    YouTube, Inc., and a John Doe defendant.  Dkt. No. 7.

17        The nature of suit was designated as "540 Mandamus & Other."  However, the Court finds

18    that the more appropriate designation is "820 Copyright."  Accordingly, the Clerk of the Court

19    shall change the case designation to "820 Copyright."

20        **IT IS SO ORDERED.**

21    Dated: July 18, 2025

22
23
24

Virginia K. DeMarchi
United States Magistrate Judge

25
26
27
28

United States District Court
Northern District of California