FILED
NOV 07 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Julian Barnes
1700 McHenry Ave. Ste 65B #114
Modesto, Ca. 95350
(209) 501-3462
barnestlee@gmail.com
In Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julian Barnes aka Titus Lee Barnes<br>Plaintiff,<br>vs.<br>YouTube, Inc., et al.,<br>Defendant | Case No.: 25-CV-05901-VKD<br><br>SUBPEONA TO IDENTIFY INFRINGER |

Pursuand to 17 U.S.C. § 512(h)(1)' plaintiff moves this court for a subpeona for the reasons set forth below:

Upon information and belief defendant John Doe d/b/a Evil Streets TV as the primary operator of the Evil Streets TV YouTube Channel is in violation of plaintiffs registered copyright [TX 8-646-340] to the book titled Drug Lords of Oakland by Titus Lee Barnes. Upon further information and belief , YouTube, Inc., d/b/a YouTube, LLC., is the service provider for and on which the Evil Streets TV channel resides and is transmitted. Plaintiff seeks the identity of John Doe d/b/a, Evil Streets TV for and only for the purpose and pusuance of a complaint in the United States District court, Northern District of California.

Dated: 10/7/25

JULIAN BARNES
Name

[signature]
Signature

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Julian Barnes aka Titus Lee Barnes, In Pro Se
*Plaintiff*
v.
YouTube, LLC., Et al.,
*Defendant*

Civil Action No. 25-cv-05901-VKD

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: YouTube LLC
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Identity of Infringer: John Doe D/B/A Evil Streets TV

| Place: Youtube | Date and Time: September 15, 2025 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: ______________

*CLERK OF COURT*

_______________________________ OR Julian B[signature]
*Signature of Clerk or Deputy Clerk* *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Julian Barnes, 1700 McHenry Ave., STE 65B # 114 Modesto, CA. 95350, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* ______________________________
on *(date)* ______________ .

❒ I served the subpoena by delivering a copy to the named person as follows: ______________________
________________________________________________________________________
________________________________________ on *(date)* ______________ ; or

❒ I returned the subpoena unexecuted because: ______________________________________
________________________________________________________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ____________________ .

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

________________________________________
*Server's signature*

________________________________________
*Printed name and title*

________________________________________
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Julian Barnes aka Titus Lee Barnes In Pro Se
*Plaintiff*
v.
Youtube, LLC., Et al.,
*Defendant*

Civil Action No. 25-cv-05901-VKD

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Youtube LLC
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Identity of Infringer: John Doe D/B/A Evil Streets TV

| Place: Youtube | Date and Time: September 15, 2025 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

OR

Julian B[signature]
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Julian Barnes, 1700 McHenry Ave., STE 65B # 114 , who issues or requests this subpoena, are: Modesto, CA. 95350

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* ______________________

on *(date)* ______________ .

❒ I served the subpoena by delivering a copy to the named person as follows: ______________

______________________________________________ on *(date)* ______________ ; or

❒ I returned the subpoena unexecuted because: ______________________________

______________________________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ______________ .

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc.:

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-646-340**
**Effective Date of Registration:**
September 05, 2018

## Title

**Title of Work:** Drug Lords of Oakland

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** September 03, 2018
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1724791566

## Author

- **Pseudonym:** Titus Lee Barnes
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1970
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Julian J Barnes
613 Plaza de las Sierras, Modesto, CA, 95350, United States

## Rights and Permissions

**Name:** Julian J Barnes
**Email:** barnestlee@gmail.com
**Telephone:** (510)395-1492
**Address:** 613 Plaza de las Sierras
Modesto, CA 95350 United States

## Certification

**Name:** Terri Harper
**Date:** September 05, 2018

---



| Print Requester | Booking # | Request Date | Requested Ink | Room | Location |
|---|---|---|---|---|---|
| JULIAN BARNES | AP9368 | 06/11/25 16:20 PDT | Black/White | B-4 | VSP,Facility B,B 004 1-028003L |

From: Tamika Scott on 05/26/25 11:05 PDT

**Description**

**Meet Oakland's LEGENDARY GANGSTER Felix "The Cat" Mitchell**

| 927 | 35,290 | Apr 17 |
|---|---|---|
| Likes | Views | 2025 |

Evil Streets TV **earns commission** on tagged products. Learn more

New Era San Fransisco Giants 9FORTY Snapback Hat in Brown
pacsun.com/new-era/san-fransisco-giants-9forty-snapback-hat-6273171.html?glCountry=US&glCurrency=U...

New Era Oakland Athletics 1989 World Series Polar Lights 59FIFTY Fitted Hat Green - MLB Caps at Academ...
academy.com/p/new-era-oakland-athletics-1989-world-series-polar-lights-59fifty-fitted-hat?sku=7-875-gr...

New Era Adult Athletics 59Fifty Road Green Authentic Hat, Men's, Size 8, Team | Great Father's Day Gift
dickssportinggoods.com/p/new-era-mens-oakland-athletics-59fifty-road-green-authentic-hat-17newmmlbk...

**13 more**

This video details the life and career of one of the most infamous Goons, Kingpins and Gangsters from the Golden Era of Hustling. Felix "The Cat" Mitchell, Oakland, CA. 69 Mob.
https://creators.spotify.com/pod...

RECEIVED
JUN 12 2025
MAILROOM
VALLEY STATE PRISO

| Print Requester | Booking # | Request Date | Requested Ink | Room | Location |
|---|---|---|---|---|---|
| **JULIAN BARNES** | **AP9368** | **07/18/25 11:44 PDT** | **Black/White** | **B-4** | **VSP,Facility B,B 004 1-028003L** |

From: Tamika Scott on 05/26/25 11:06 PDT

**Description**

**Meet Oakland's LEGENDARY KINGPIN Mickey "Mick Mo" Moore**

| 600 | 14,545 | May 22 |
|---|---|---|
| Likes | Views | 2025 |

INFORMATION FOR THIS VIDEO WAS OBTAINED FROM DRUG LORDS OF OAKLAND BY TITUS LEE BARNES. This video details the life and career of one of the most infamous Goons, Kingpins and Gangsters from the Golden Era of Hustling. Mickey "Mick Mo" Moore.
https://creators.spotify.com/pod...

RECEIVED

JUL 2 1 2025

MAILROOM
VALLEY STATE PRISON

| Print Requester | Booking # | Request Date | Requested Ink | Room | Location |
|---|---|---|---|---|---|
| JULIAN BARNES | AP9368 | 07/18/25 11:44 PDT | Black/White | B-4 | VSP,Facility B,B 004 1-028003L |

From: Tamika Scott on 05/26/25 11:06 PDT

**Description**

**Meet Oakland's LEGENDARY KINGPIN Harvey "Funktown Harv" Whisenton**

| 929 | 24,766 | May 19 |
|---|---|---|
| Likes | Views | 2025 |

INFORMATION FOR THIS VIDEO WAS OBTAINED FROM DRUG LORDS OF OAKLAND BY TITUS LEE BARNES. This video details the life and career of one of the most infamous Goons, Kingpins and Gangsters from the Golden Era of Hustling. Harvey "Funktown Harv" Whisenton.
https://creators.spotify.com/pod...

RECEIVED
JUL 21 2025
MAILROOM
VALLEY STATE PRISON

| Print Requester | Booking # | Request Date | Requested Ink | Room | Location |
|---|---|---|---|---|---|
| JULIAN BARNES | AP9368 | 06/11/25 16:19 PDT | Black/White | B-4 | VSP,Facility B,B 004 1-028003L |

From: Tamika Scott on 05/26/25 11:06 PDT

**Description**

**Meet Oakland's LEGENDARY KINGPIN Rudolph "Rudy" Henderson**

| 498 | 11,340 | May 24 |
|---|---|---|
| Likes | Views | 2025 |

INFORMATION FOR THIS VIDEO WAS OBTAINED FROM DRUG LORDS OF OAKLAND BY TITUS LEE BARNES. This video details the life and career of one of the most infamous Goons, Kingpins and Gangsters from the Golden Era of Hustling. Rudolph "Rudy" Henderson.
https://creators.spotify.com/pod...

RECEIVED
JUN 12 2025
MAILROOM
VALLEY STATE PRISON

| Print Requester | Booking # | Request Date | Requested Ink | Room | Location |
|---|---|---|---|---|---|
| JULIAN BARNES | AP9368 | 06/11/25 16:19 PDT | Black/White | B-4 | VSP,Facility B,B 004 1-028003L |

From: Tamika Scott on 05/26/25 11:07 PDT

**Description**

**Meet Oakland's LEGENDARY GANGSTER Felix "The Cat" Mitchell**

| 927 | 35,290 | Apr 17 |
|---|---|---|
| Likes | Views | 2025 |

Evil Streets TV **earns commission** on tagged products. Learn more

 New Era San Fransisco Giants 9FORTY Snapback Hat in Brown
pacsun.com/new-era/san-fransisco-giants-9forty-snapback-hat-6273171.html?glCountry=US&glCurrency=U...

 New Era Oakland Athletics 1989 World Series Polar Lights 59FIFTY Fitted Hat Green - MLB Caps at Academ...
academy.com/p/new-era-oakland-athletics-1989-world-series-polar-lights-59fifty-fitted-hat?sku=7-875-gr...

 New Era Adult Athletics 59Fifty Road Green Authentic Hat, Men's, Size 8, Team | Great Father's Day Gift
dickssportinggoods.com/p/new-era-mens-oakland-athletics-59fifty-road-green-authentic-hat-17newmmlbk...

**13 more**

This video details the life and career of one of the most infamous Goons, Kingpins and Gangsters from the Golden Era of Hustling. Felix "The Cat" Mitchell, Oakland, CA. 69 Mob.
https://creators.spotify.com/pod...

RECEIVED

JUN 12 2025

MAILROOM
VALLEY STATE PRISON

| Print Requester | Booking # | Request Date | Requested Ink | Room | Location |
|---|---|---|---|---|---|
| JULIAN BARNES | AP9368 | 06/30/25 22:54 PDT | Black/White | B-4 | VSP,Facility B,B 004 1-028003L |

From: Anatallia Obana on 05/20/25 02:04 PDT

RECEIVED

JUL 03 2025

MAILROOM
VALLEY STATE PRISON

| Print Requester | Booking # | Request Date | Requested Ink | Room | Location |
|---|---|---|---|---|---|
| JULIAN BARNES | AP9368 | 06/30/25 22:54 PDT | Black/White | B-4 | VSP,Facility B,B 004 1-028003L |

From: Anatallia Obana on 05/20/25 02:04 PDT



RECEIVED
JUL 03 2025
MAILROOM
VALLEY STATE PRISON