UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIAN BARNES,<br><br>    Plaintiff,<br><br>    v.<br><br>YOUTUBE, INC., et al.,<br><br>    Defendants. | Case No. 25-cv-05901-VKD<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION FOR SUBPOENA TO IDENTIFY INFRINGER AND DIRECTING PLAINTIFF TO FILE A NOTICE OF CHANGE OF ADDRESS**<br><br>Re: Dkt. No. 15 |

### 1.    Motion for Subpoena to Identify Infringer

On July 15, 2025, plaintiff Julian Barnes, who is representing himself, filed a request asking the Court to issue a subpoena pursuant to 17 U.S.C. § 512(h)(1). Dkt. No. 3. Section 512(h)(1) provides that "[a] copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United States district court to issue a subpoena to a service provider for identification of an alleged infringer . . . ." 17 U.S.C. § 512(h)(1). The contents of such a request must include: (1) a notification of claimed infringement; (2) a proposed subpoena; and (3) a sworn declaration ensuring that the subpoena is solely to obtain the identity of the alleged infringer. 17 U.S.C. § 512(h)(2). Mr. Barnes's July 15, 2025 request contained a notification of claimed infringement and a sworn declaration, but it did not include a proposed subpoena. *See* Dkt. No. 3. The Court therefore denied the request without prejudice to Mr. Barnes resubmitting the request with a proposed subpoena. Dkt. No. 11.

On November 12, 2025, Mr. Barnes filed a "motion for subpoena to identify infringer," which attaches a proposed subpoena. Dkt. No. 15. The proposed subpoena requests that YouTube

LLC produce the "[i]dentity of infringer: John Doe d/b/a Evil Streets TV." *Id.* at 2. It specifies the place of production as "Youtube" and the date of production as "September 15, 2025," which is two months before Mr. Barnes filed the proposed subpoena. *Id.* The proposed subpoena does not identify the issuing court. *Id.*

Because the proposed subpoena is not in the proper form for issuance, the Court denies Mr. Barnes' present motion, without prejudice, and directs him to re-file an amended proposed subpoena, using the Court's AO 88B form,[1] correcting the following deficiencies:

(1) Identify the issuing court, here the "Northern District of California," at the top of the form, following the words "United States District Court for the _____";

(2) Specify the place where production of the responsive information must be made in the space on the form labeled "Place," i.e., the location where Mr. Barnes wishes to receive the information requested by the subpoena; and

(3) Specify the date and time when production of the responsive information must be made in the space on the form labeled "Date and Time."[2]

Mr. Barnes is directed file his proposed amended subpoena by **December 5, 2025**.

## 2. Change of Address

Mr. Barnes's motion suggests that Mr. Barnes is no longer at Valley State Prison. *See* Dkt. No. 15 (showing a mailing address in Modesto, California). A party proceeding pro se whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address. Civil L.R. 3-11.

If Mr. Barnes has a new address, he must file a Notice of Change of Address no later than

---

[1] A copy of the AO 88B form is attached to this order and a fillable PDF version is available on the Court's website at https://cand.uscourts.gov/sites/default/files/forms/AO_088B-Revised-2.2014.pdf.

[2] The date for compliance with the subpoena must allow a "reasonable time" for compliance. *See* Fed. R. Civ. P. 45(d)(3)(A)(i); 17 U.S.C.A. § 512(h)(6) ("[T]he procedure for issuance and delivery of the subpoena, and the remedies for noncompliance with the subpoena, shall be governed to the greatest extent practicable by those provisions of the Federal Rules of Civil Procedure governing the issuance, service, and enforcement of a subpoena duces tecum."). While it is customary to allow at least 10 days for compliance with a subpoena, it is not uncommon to permit a longer period for compliance, such as 30 days.

**December 5, 2025**.

    **3.**     **Pro Se Program**

The Court informs Mr. Barnes that the Pro Se Program at the San Jose Courthouse provides free information and limited-scope legal advice to self-represented litigants in federal cases. Information regarding the Pro Se Program can be found at https://cand.uscourts.gov/representing-yourself/federal-pro-se-program-san-jose-courthouse. Appointments may be scheduled by calling 408-297-1480. Mr. Barnes is also encouraged to obtain a copy of the Handbook for Pro Se Litigants, available at https://cand.uscourts.gov/pro-se-handbook/.

**IT IS SO ORDERED.**

Dated: November 13, 2025

Virginia K. DeMarchi
United States Magistrate Judge