# FILED

**NOV 13 2025**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Julian Barnes | 5:25-cv-05901-VKD |
| DEFENDANT | TYPE OF PROCESS |
| YouTube, Inc., et al. | *** See below |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: YouTube, Inc., d/b/a YouTube, LLC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): c/o CSC Lawyers Incorporating Service 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Julian Barnes, AP9368
Valley State Prison, (B4-28-3L)
P.O. Box 92
Chowchilla, CA 93610-0092

| | |
|---|---|
| Number of process to be served with this Form 285 | 4 |
| Number of parties to be served in this case | 1 |
| Check for service on USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Summons, Complaint, Application to Proceed in forma pauperis, Order Granting Application to Proceed in forma pauperis/Service Order

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
*Mark H. Rusin*
*Kim Means*

TELEPHONE NUMBER: (510) 637-3558
DATE: August 19, 2025

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 | No. 11 | No. 97 | | 09/15/2025 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Rebecca Vang, Intake Coordinator
Date: 10/31/25  Time: 11:29 [X] am  [ ] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
10/31/25. Sent to Sac for personal service.

RECEIVED
2025 SEP 15 AM 11:51
UNITED STATES
NORTHERN DISTRICT
OF CALIFORNIA

# of DUSMS: 1
# of hours for all DUSMS: 1
# of round trip miles for all vehicles: 5

Form USM-285
Rev. 03/21