BENJAMIN D. MARGO, STATE BAR NO. 348644
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: bmargo@wsgr.com

*Counsel for Defendant YouTube, LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN BARNES, | CASE NO.: 5:25-cv-05901-VKD |
| Plaintiff, | **DEFENDANT YOUTUBE, LLC's CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES** |
| v. | |
| YOUTUBE, INC., et al., | |
| Defendants. | Judge: Hon. Virginia K. DeMarchi |
| | Action Filed: July 15, 2025 |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant YouTube, LLC[1] discloses the following:

1. YouTube, LLC is a subsidiary of Google LLC, which is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. YouTube, LLC
2. Google LLC
3. XXVI Holdings Inc., Holding Company of Google LLC
4. Alphabet Inc., Holding Company of XXVI Holdings Inc.

Dated: November 20, 2025                    Respectfully submitted,

*s/ Benjamin D. Margo*
BENJAMIN D. MARGO, State Bar No. 348644
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Facsimile: (866) 974-7329
Email: bmargo@wsgr.com

*Counsel for Defendant YouTube, LLC*

---

[1] Plaintiff improperly named "YouTube, Inc." as a Defendant. The entity's current name is "YouTube, LLC."

# CERTIFICATE OF SERVICE

I certify that on November 20, 2025 I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system. I further certify that a copy of the foregoing document is being mailed via U.S. Mail to the person(s) listed below:

**Julian Barnes**
*(pro se)*
AP9368
Valley State Prison
(B4-28-3L)
P.O. Box 92
Chowchilla, CA 93610-0092

**Julian Barnes**
1700 McHenry Ave. Ste 65B #114
Modesto, CA 95350

Dated: November 20, 2025

s/ *Benjamin D. Margo*
Benjamin D. Margo