BENJAMIN D. MARGO, State Bar No. 348644
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: bmargo@wsgr.com

*Counsel for Defendant YouTube, LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN BARNES, | CASE NO.: 5:25-cv-05901-VKD |
| Plaintiff, | **DEFENDANT'S MOTION TO ENLARGE TIME** |
| v. | |
| YOUTUBE INC., et al., | Judge: Hon. Virginia K. DeMarchi |
| Defendants. | Action Filed: July 15, 2025 |

Pursuant to Civil Local Rule 6-3 and Federal Rule of Civil Procedure 6(b)(1), Defendant YouTube, LLC. ("YouTube")[1] respectfully requests an order enlarging its time to file a motion to dismiss the complaint by 20 days, from November 21, 2025 to **December 11, 2025**. This Motion to Enlarge Time is supported by the accompanying Declaration of Benjamin D. Margo ("Decl."). YouTube does not know whether the *pro se* Plaintiff would consent to this extension. Counsel has attempted to contact him by telephone, email, and U.S. mail, but has not yet reached him or received a response. Decl. ¶ 6.

Good cause exists to grant a reasonable enlargement of time past the Thanksgiving week, to allow time for YouTube to meet and confer with Plaintiff and to evaluate his claims that YouTube is liable for copyright infringement by a John Doe defendant. The meet and confer process may take some time, as it is unclear what means of communication will be effective. While counsel has emailed Plaintiff's listed email and called Plaintiff's listed number (*see* Dkt No. 15 at 1), so far counsel has only reached an anonymous voicemail box. Decl. ¶ 6. Further, while Plaintiff initially cited an address at Valley State Prison (*see* Dkt No. 7 at 1), he has more recently cited an address apparently associated with a mailbox at Postal Connections in a strip mall in Modesto, California (*see* Dkt No. 15 at 1). It is unclear how long YouTube's mail will take to reach him.

Plaintiff's case also arises in an unusual posture, as his own allegations suggest that YouTube complied with the Digital Millennium Copyright Act ("DMCA") when he complained about alleged copyright infringement. *See* Compl. (Dkt. No. 7) at 6-7. Plaintiff is apparently complaining that YouTube reinstated one video based on John Doe's DMCA counternotice, but that video is only identified by title rather than URL or another unique identifier. Further, counsel would like to confirm with Plaintiff what work he claims was infringed, specifically whether he is claiming that the relevant videos infringed the nonfiction book by Titus Lee Barnes, *Drug Lords of Oakland: The untold stories of California's most notorious Drug Kingpins of the 1970s, 80s, and 90s*. *See* https://www.amazon.com/Drug-Lords-Oakland-Californias-

---

[1] Plaintiff improperly named "YouTube, Inc." as a Defendant. The entity's current name is "YouTube, LLC."

notorious/dp/1724791567/. This is important, given that Plaintiff appears to be complaining that John Doe used the same uncopyrightable facts in his video that Plaintiff used in the book.

Suffice it to say, this case merits additional legal and factual research, which would benefit from a meet and confer.

Without the requested extension, YouTube would be prejudiced because it would miss the opportunity to potentially come to an amicable agreement with Plaintiff, and to learn more about Plaintiff's allegations before preparing a motion to dismiss.

This is the first request for a change of time in this case. Decl. ¶ 7. If YouTube's requested extension is granted, the modification will not affect the January 8, 2026 deadline for parties to confer pursuant to Federal Rule of Civil Procedure 26(f), or any other deadlines. *See Burlington Ins. Co. v. Hotel Sunrise, LLC*, No. C07-04625 MJJ, 2007 WL 4259318, at *1 n.1 (N.D. Cal. Dec. 2, 2007) (extension of deadline under Local Rule 6-3 is "appropriate" where extension "would result in no appreciable delay in the schedule of this case or the underlying action, nor would Plaintiffs be prejudiced").

## CONCLUSION

For the foregoing reasons, YouTube respectfully requests that the Court extend its deadline to file a Motion to Dismiss the Complaint until **December 11, 2025**.

Dated: November 20, 2025                Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

s/ *Benjamin D. Margo*
BENJAMIN D. MARGO, State Bar No. 348644
650 Page Mill Road
Palo Alto, California 94304
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: bmargo@wsgr.com

*Counsel for Defendant YouTube, LLC*

1

**CERTIFICATE OF SERVICE**

2

I certify that on November 20, 2025  I electronically filed the foregoing document and

3

that it is available for viewing and downloading from the Court's CM/ECF system, and that the

4

participants in the case that are registered CM/ECF users will be served electronically by the

5

CM/ECF system. I further certify that a copy of the foregoing document is being mailed via U.S.

6

Mail to the person(s) listed below:

7

**Julian Barnes**
*(pro se)*
AP9368
Valley State Prison
(B4-28-3L)
P.O. Box 92
Chowchilla, CA 93610-0092

8

9

10

11

12

**Julian Barnes**
1700 McHenry Ave. Ste 65B #114
Modesto, CA 95350

13

14

15

Dated: November 20, 2025

s/ *Benjamin D. Margo*
Benjamin D. Margo

16

17

18

19

20

21

22

23

24

25

26

27

28