1 | BENJAMIN D. MARGO, STATE BAR NO. 348644
2 | WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
3 | 650 Page Mill Road
    Palo Alto, California 94304
4 | Telephone: (212) 999-5800
    Facsimile: (866) 974-7329
5 | Email: bmargo@wsgr.com

*Counsel for Defendant YouTube, LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN BARNES, | CASE NO.: 5:25-cv-05901-VKD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO ENLARGE TIME** |
| v. | |
| YOUTUBE, INC., et al., | Judge: Hon. Virginia K. DeMarchi |
| Defendants. | Action Filed: July 15, 2025 |

Upon consideration of Defendant YouTube, LLC.'s[1] Motion to Enlarge Time, and upon good cause showing, it is hereby ORDERED as follows: YouTube's deadline to file Motion to Dismiss Plaintiff's Complaint (Dkt. 7) is extended from November 21, 2025 to December 11, 2025.

**IT IS SO ORDERED**.

Dated: _____

By: _____
THE HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[1] Plaintiff improperly named "YouTube, Inc." as a Defendant. The entity's current name is "YouTube, LLC."

[PROPOSED] ORDER              -1-              5:25-cv-05901