BENJAMIN D. MARGO, State Bar No. 348644
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: bmargo@wsgr.com

*Counsel for Defendant YouTube, LLC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN BARNES, <br><br> Plaintiff, <br><br> v. <br><br> YOUTUBE, INC., et al., <br><br> Defendants. | CASE NO.: 5:25-cv-05901-VKD <br><br> **DECLARATION OF BENJAMIN D. MARGO IN SUPPORT OF DEFENDANT'S MOTION TO ENLARGE TIME** <br><br> Judge: Hon. Virginia K. DeMarchi <br><br> Action Filed: July 15, 2025 |

I, Benjamin D. Margo, declare as follows:

1. I am senior counsel at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendant YouTube, LLC.[1] ("YouTube") in this action. I submit this Declaration pursuant to Civil Local Rule 6-3 and in support of Defendant's Motion to Enlarge Time. I have personal knowledge of the facts and circumstances described below, and could and would testify to them if called upon as a witness.

2. Plaintiff's Complaint was filed on July 15, 2025 in the Northern District of California. Dkt. No. 7. On August 15, 2025, the Court granted Plaintiff's application to proceed in forma pauperis. Dkt. No. 11.

3. Defendant YouTube was served with the Complaint on October 31, 2025. The motion to dismiss is currently due on November 21, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

4. Plaintiff's address on the complaint suggested that he was in the Valley State Prison (VSP) located in Chowchilla, CA, which could contribute to the potential difficulty to meet and confer with YouTube and engage in timely correspondence via email or U.S. Mail. Dkt. No. 7 at 1; Dkt. No. 7-1. On November 7, 2025, Plaintiff filed a motion to subpoena YouTube to identify infringer, in which he cited "(209) 501-3462" as his phone number, "barnestlee@gmail.com" as his email address, and "1700 McHenry Ave. Ste 65B #114, Modesto, CA 95350" as his mailing address. Dkt. No. 15 at 1. Per my online research, the mailing address appears to be associated with a mailbox at Postal Connections in a strip mall in Modesto, California.

5. Because of the delay in docketing *pro se* filings, even though Plaintiff is credited as having filed Docket No. 15 on November 7, 2025, it only appeared online on November 12, 2025. I first learned of the filing on November 12, 2025, which was the first indication that Plaintiff was not residing in prison and had access to regular email and telephone service.

6. I asked Plaintiff on November 18, 2025 via email and U.S. Mail if he would stipulate to an extended schedule for briefing on a motion to dismiss, extending both YouTube's deadline and Plaintiff's deadline to file an opposition. Plaintiff did not answer the email or the

---

[1] Plaintiff improperly named "YouTube, Inc." as a Defendant. The entity's current name is "YouTube, LLC."

letter. On November 20, 2025, I attempted to call him at the phone number he provided in his motion for subpoena but was directed to an anonymous voice message box.

7. This is the first request for a change of time in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of November, 2025 in Jersey City, New Jersey.

*s/ Benjamin D. Margo*
Benjamin D. Margo

DECLARATION OF BENJAMIN D. MARGO    -2-    5:25-cv-05901

**CERTIFICATE OF SERVICE**

I certify that on November 20, 2025 I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system. I further certify that a copy of the foregoing document is being mailed via U.S. Mail to the person(s) listed below:

**Julian Barnes**
*(pro se)*
AP9368
Valley State Prison
(B4-28-3L)
P.O. Box 92
Chowchilla, CA 93610-0092

**Julian Barnes**
1700 McHenry Ave. Ste 65B #114
Modesto, CA 95350

Dated: November 20, 2025

s/ *Benjamin D. Margo*
Benjamin D. Margo