1  BENJAMIN D. MARGO, State Bar No. 348644
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, California 94304
   Telephone: (212) 999-5800
4  Facsimile: (866) 974-7329
5  Email: bmargo@wsgr.com

6  *Counsel for Defendant YouTube, LLC*

7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9

10 | JULIAN BARNES,              | ) | CASE NO.: 5:25-cv-05901-VKD |
11 |                             | ) |                             |
   | Plaintiff,                  | ) | **DEFENDANT YOUTUBE, LLC'S** |
12 |                             | ) | **NOTICE OF WITHDRAWAL OF**  |
   | v.                          | ) | **MOTION TO ENLARGE TIME**   |
13 |                             | ) |                             |
14 | YOUTUBE, INC., et al.,      | ) | Judge: Hon. Virginia K. DeMarchi |
   |                             | ) |                             |
15 | Defendants.                 | ) | Action Filed: July 15, 2025 |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2  Please take notice that, pursuant to Civil Local Rule 7-7(e), Defendant YouTube, LLC
3  ("YouTube"), hereby withdraws without prejudice its Motion to Enlarge the Time (Dkt. 20),
4  filed on November 20, 2025.

5  Undersigned counsel received a call from Plaintiff Julian Barnes this morning, during
6  which they agreed on an extension until January 8, 2026. Consistent with that agreement,
7  YouTube anticipates filing a Consent Motion to Enlarge Time later today.

*s/ Benjamin D. Margo*
Benjamin D. Margo

DEFENDANT YOUTUBE, LLC'S NOTICE OF WITHDRAWAL OF MOTION TO ENLARGE TIME   -1-   5:25-cv-05901-VKD

# CERTIFICATE OF SERVICE

I certify that on November 21, 2025 I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system. I further certify that a copy of the foregoing document is being mailed via U.S. Mail to the person(s) listed below:

**Julian Barnes**
*(pro se)*
AP9368
Valley State Prison
(B4-28-3L)
P.O. Box 92
Chowchilla, CA 93610-0092

**Julian Barnes**
1700 McHenry Ave. Ste 65B #114
Modesto, CA 95350

Dated: November 21, 2025

s/ *Benjamin D. Margo*
Benjamin D. Margo