BENJAMIN D. MARGO, State Bar No. 348644
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: bmargo@wsgr.com

*Counsel for Defendant YouTube, LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN BARNES, | CASE NO.: 5:25-cv-05901-VKD |
| Plaintiff, | **MOTION TO ENLARGE TIME BY CONSENT** |
| v. | |
| YOUTUBE INC., et al., | Judge: Hon. Virginia K. DeMarchi |
| Defendants. | Action Filed: July 15, 2025 |

Pursuant to Civil Local Rule 6-3 and Federal Rule of Civil Procedure 6(b)(1), Defendant YouTube, LLC ("YouTube")[1] respectfully requests an order enlarging its time to file a motion to dismiss the complaint by 48 days, from November 21, 2025 to **January 8, 2026**. This motion is intended to supersede the motion to enlarge time filed yesterday, which Defendant YouTube withdrew earlier today. *See* Dkt. Nos. 20, 21. Plaintiff Julian Barnes consented to this motion by telephone this morning, as reflected in the accompanying Declaration of Benjamin D. Margo ("Decl.").

Good cause exists to grant a reasonable enlargement of time past the year-end holiday season because Plaintiff agreed to it, and because it will allow time for Plaintiff to provide more information to YouTube regarding his claims, to facilitate good faith discussion, and to allow Plaintiff to pursue his subpoena intended to identify the alleged primary infringer John Doe. *See* Decl. ¶ 4.

Without the requested extension, YouTube would be prejudiced because it would miss the opportunity to potentially come to an amicable agreement with Plaintiff, and to learn more about Plaintiff's allegations before preparing a motion to dismiss. *See id.* ¶ 8.

This is the first request for a change of time in this case, as YouTube's intention is that this request will supersede yesterday's request. *Id.* ¶ 7; *see* Dkt. No. 21.

If YouTube's requested extension is granted, the modification will not affect the deadline for parties to confer pursuant to Federal Rule of Civil Procedure 26(f), or any other deadlines. *See* Decl. ¶ 9.

For the foregoing reasons, YouTube respectfully requests that the Court extend its deadline to file a Motion to Dismiss the Complaint until **January 8, 2026**.

---

[1] Plaintiff improperly named "YouTube, Inc." as a Defendant. The entity's current name is "YouTube, LLC."

DEFENDANT'S MOTION TO ENLARGE TIME   -1-   5:25-cv-05901-VKD

1 | Dated: November 21, 2025

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

s/ *Benjamin D. Margo*
BENJAMIN D. MARGO, State Bar No. 348644
650 Page Mill Road
Palo Alto, California 94304
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: bmargo@wsgr.com

*Counsel for Defendant YouTube, LLC*

**CERTIFICATE OF SERVICE**

I certify that on November 21, 2025 I caused the foregoing document to be electronically filed via the Court's CM/ECF system. I further certify that a copy of the foregoing document is being mailed via U.S. Mail to the person listed below, with a courtesy email copy to Plaintiff at barnestlee@gmail.com:

**Julian Barnes**
AP9368
Valley State Prison
(B4-28-3L)
P.O. Box 92
Chowchilla, CA 93610-0092

**Julian Barnes**
1700 McHenry Ave. Ste 65B #114
Modesto, CA 95350

Dated: November 21, 2025

                                         s/ *Benjamin D. Margo*
                                           Benjamin D. Margo