1  BENJAMIN D. MARGO, STATE BAR NO. 348644
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   650 Page Mill Road
3  Palo Alto, California 94304
   Telephone: (212) 999-5800
4  Facsimile: (866) 974-7329
5  Email: bmargo@wsgr.com

6  *Counsel for Defendant YouTube, LLC*

7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9

10 JULIAN BARNES,                )   CASE NO.: 5:25-cv-05901-VKD
                                 )
11            Plaintiff,         )   [PROPOSED] ORDER GRANTING
                                 )   MOTION TO ENLARGE TIME BY
12       v.                      )   CONSENT
                                 )
13                               )
   YOUTUBE, INC., et al.,        )   Judge: Hon. Virginia K. DeMarchi
14                               )
              Defendants.        )
15                               )   Action Filed: July 15, 2025
                                 )
16                               )   Re: Dkt. No. 22
                                 )
17                               )
                                 )
18

19

[PROPOSED] ORDER                                          5:25-cv-05901-VKD

Upon consideration of Defendant YouTube, LLC's[1] Consent Motion to Enlarge Time, and upon good cause showing, it is hereby ORDERED as follows:

YouTube's deadline to answer or otherwise respond to Plaintiff's Complaint (Dkt. 7) is extended from November 21, 2025 to January 8, 2026.

**IT IS SO ORDERED**.

Dated: November 21, 2025

By: *Virginia K. DeMarchi*
THE HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[1] Plaintiff improperly named "YouTube, Inc." as a Defendant. The entity's current name is "YouTube, LLC."