UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIAN BARNES,

              Plaintiff(s)

v.

YOUTUBE, LLC, et al.,

              Defendant(s).

Case No. C 5:25-cv-05901

CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☑ **Consent to Magistrate Judge Jurisdiction**

    In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **Decline Magistrate Judge Jurisdiction**

    In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: 11/25/2025

NAME: Benjamin D. Margo

COUNSEL FOR (OR "PRO SE"): Defendant YouTube, LLC

Benjamin D. Margo

Digitally signed by: Benjamin D. Margo
DN: CN = Benjamin D. Margo email = bmargo@wsgr.com C = AD
Date: 2025.11.25 11:06:26 -08'00'

*Signature*

**CERTIFICATE OF SERVICE**

I certify that on November 25, 2025 I caused the foregoing document to be electronically filed via the Court's CM/ECF system. I further certify that a copy of the foregoing document is being mailed via U.S. Mail to the person listed below, with a courtesy email copy to Plaintiff at barnestlee@gmail.com:

**Julian Barnes**
AP9368
Valley State Prison
(B4-28-3L)
P.O. Box 92
Chowchilla, CA 93610-0092

**Julian Barnes**
1700 McHenry Ave. Ste 65B #114
Modesto, CA 95350

Dated: November 21, 2025

_____
Deborah Grubbs