United States District Court
for the
Northern District of California

Julian Barnes aka Titus Lee Barnes,)   CASE No. 25-cv-05901-VKD
    Plaintiff )
    v. )   Change of Address
YouTube, LLC., et al., )   Civil L.R. 3-11.
    Defendant )

## Notice of Change of Address

Pursuant to Civil L.R. 3-11 I, Julian Barnes aka Titus Lee Barnes would like to formally submit a change of address. Please mail and forward all documents concerning CASE No: 25-cv-05901-VKD to the address listed below:

— New Address —

1700 McHenry Avenue
Suite 65B # 114
Modesto, CA. 95350

I swear under the penalty of perjury that all the foregoing information is true and accurate.

Signed: Julian B_____    Dated: 12.5.2025