

from: **Julian Barnes** <barnestlee@gmail.com>
to: "Margo, Benjamin" <bmargo@wsgr.com>
cc: "Wang, Ada" <ada.wang@wsgr.com>
date: Dec 5, 2025, 11:33 PM
subject: Fwd: Change of Address
mailed-by: gmail.com