December 5, 2025

Julian Barnes aka Titus Lee Barnes

1700 McHenry Avenue, suite 65B #114

Modesto, Ca. 95350


Judge: The Honorable Virginia K. DeMarchi

United States District Court

Northern District of California

280 South First Street, Room 2112

San Jose, Ca. 95113

Re: Barnes v. YouTube, LLC., et al., Case no: 5:25-cv-09501-VKD

Dear Judge, [DeMarchi],

    I am writing to request relief under the pretenses of "Excusable Neglect" for missing the deadline to file the proposed subpoena in respect to my **1**. Motion to Identify Infringer, pursuant to 17 U.S.C. §512(h)(1) **2**. Change of Address, Civil L.R.3-11. Due to the Thanksgiving holiday, I did not retrieve the order from my P.O. Box in time to make the deadline via the US Postal Service. Whereupon I attempted to access the CM/ECF Pro Se E-Filing platform unsuccessfully. I was able to create an active PACER account but was unable to finalize my CM/ECF registration since it is still pending. Therefore, I could not link the two and utilize the E-Filing platform. I did forward a copy of the **2**. Change of Address to the Attorneys of record Mr. Benjamin Margo and Miss Ada Wang at 11:37 pm on 12/5/25 via email. Enclosed are the screenshots in verification of that point. In conclusion, I would ask that you would accept my recent mailing(s) of the "Proposed subpoena" and "Change of Address" into record or allow me another reachable deadline to file them based on the circumstances were not a case of intentional delay on my part. Please understand that this case is very significant regarding the preservation of my livelihood and brand. Once again, Your Honor I would appreciate if you accepted my "proposed subpoena" and "Change of Address" into record or allow me to resubmit them. Thank you for your time and patience.

Respectfully,

*/s/ Julian Barnes*                                              date: 12·5·25

I swear under the penalty of perjury that the foregoing is true and correct.