UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIAN JAMES RAY BARNES,<br><br>Plaintiff,<br><br>v.<br><br>YOUTUBE, INC., et al.,<br><br>Defendants. | Case No. 25-cv-05901-VKD<br><br>**ORDER DIRECTING CLERK TO ISSUE SUBPOENA**<br><br>Re: Dkt. No. 25 |

On November 13, 2025, the Court denied without prejudice plaintiff Julian Barnes's request to issue a subpoena pursuant to 17 U.S.C. § 512(h)(1) and directed Mr. Barnes to re-file an amended proposed subpoena. Dkt. No. 16. On December 9, 2025, Mr. Barnes filed an amended proposed subpoena. Dkt. No. 25.

Pursuant to 17 U.S.C. § 512(h)(4), the Court directs the Clerk of the Court to "expeditiously issue and sign the proposed subpoena and return it to the requester for delivery to the service provider."

**IT IS SO ORDERED.**

Dated: December 9, 2025

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge