**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Julian Barnes aka Titus Lee Barnes,**
Plaintiff,
v.
**YouTube LLC, et al.,**
Defendants.
Case No. **5:25-cv-05901-VKD**

## DECLARATION OF John Doe/DBA Evil Streets TV

IN SUPPORT OF NON-PARTY MOTION TO QUASH

I, **John Doe**, declare as follows:

I am over the age of eighteen and competent to testify as to the matters stated in this declaration.

I submit this declaration in support of the accompanying **Non-Party Motion to Quash Subpoena Directed to Google LLC**.

I am the recipient of notice from Google LLC regarding a subpoena issued in the above-captioned action that seeks identifying and account-level information associated with a Google account connected to this matter.

I am not a named party to this action, and no court order has been entered authorizing the disclosure of identifying information associated with any anonymous online speaker.

To my knowledge, Plaintiff has not obtained a judicial determination establishing copyright infringement or liability with respect to the content at issue.

Disclosure of the information sought by the subpoena would risk revealing the identity of an anonymous online speaker and would expose that individual to potential harassment or retaliation.

The subpoena is not narrowly tailored and seeks broad information unrelated to any adjudicated claim or court-authorized discovery.

I respectfully request that the Court quash the subpoena directed to Google LLC to protect constitutional rights, including First Amendment interests in anonymous speech, and to prevent improper disclosure of non-party information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **January 7, 2026**.