Julian Barnes Aka
Titus Lee Barnes
1700 McHenry Ave. Ste 65B #114
Modesto, Ca. 95350
(209)501-3462
barnestlee@gmail.com
In Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Julian Barnes Aka
Titus Lee Barnes

Plaintiff,

v.

YouTube LLC, et al.,

Defendant

Case No.: 5:25-cv-05901

**RESPONSE BRIEF AND MEMORANDUM TO:**

NON-PARTY MOTION TO QUASH SUBPEONA

Fed.R. Civ.P. 26(c), (45)(d).

Pursuant to Federal Rules of Civil Procedure 45 plaintiff moves this court to dismiss this non-party motion to quash subpoena for the reasons set forth below:

**A. INTRODUCTION**

This is a civil response to a non-party motion to quash a subpoena to identify an infringer under 17 U.S.C. 512(h)(1) filed by Titus Lee Barnes directed to YouTube, LLC., seeking the identity of John Doe D/b/a Evil Streets TV, the account holder and operator of a YouTube channel in which YouTube LLC was formerly the ISP. Plaintiff requests that defendant's non-party motion to quash be denied due to the following statements of facts, points and authorities. Plaintiff has made a Prima Facie showing of infringement in the formal Motion to Identify the Infringer in the United States District Court, Northern District of California by providing a copy of the registered copyright #TX 8-646-340 of the book Drug Lords of Oakland by Titus Lee

Barnes. Plaintiff is the author and legal copyright holder of the book Drug Lords of Oakland by Titus Lee Barnes. Plaintiff introduces screenshots of Evil Streets TV during the performance and display of the infringing material with the self-described caption(s) by Evil Streets TV stating; The information for these [Following] videos was obtained from the book Drug Lords of Oakland by Titus Lee Barnes ( 1. Meet Oakland's Legendary Kingpin Milton "Mick Mo" Moore. 2. Meet Oakland's Legendary Kingpin Harvey "Funktown Harv" Whisenton. 3. Meet Oakland's Legendary Kingpin Rudolph "Big Rudy" Henderson. 4.. Plaintiff asserts that YouTube LLC., nor Evil Streets TV was afforded the legal right, licensing agreements nor legal authority to reproduce plaintiff's intellectual property without his express permission. Evil Streets TV forfeited its First Amendment rights of the United States Constitution because it functioned as a monetized channel. The Performance and Display of every one of these videos and the content therein is in direct violation of Plaintiff's Fifth Amendment rights of the United States Constitution which states "the right to "due process" and the right to "just compensation" for private property taken for public use." Any reproduction (Ancillaries or otherwise) of plaintiff's intellectual property is illegal according to the law and plaintiff is within his legal rights to be duly compensated. Plaintiff clearly exceeded the evidentiary requirement in his complaint against YouTube LLC., et al., needed to overcome the First Amendment of the Constitution of the United States threshold since Evil Streets TV was formerly a monetized channel in conjunction with YouTube LLC as an active member of the YouTube Partnership Program (YPP).

The First Amendment of the United States Constitution intervenes with copyright law with the application of the Fair Use Doctrine which does not apply in for-profit scenarios. Evil streets TV does not meet the criteria of the Fair Use Doctrine during the performance and display of the videos utilizing the Drug Lords of Oakland book material because Evil Streets TVs YouTube channel was a monetized channel. The subpoena to identify the infringer is valid in regards to 17 U.S.C. 512(h)(1) and is directly relevant to plaintiffs complaint because Titus Lee Barnes was not compensated for the use of his copywritten material by YouTube LLC., nor Evil Streets TV, as is mandated by law and the terms of service inside the book Drug Lords of Oakland which is a guaranteed protection according to 17 U.S.C. Ş501 Copyright Infringement.

## B. FACTUAL AND PROCEDURAL BACKGROUND

Plaintiff is suing defendants individually as stated in the formal complaint *Julian Barnes Aka Titus Lee Barnes v. YouTube Inc., D/b/a YouTube LLC., et al.,* Sued Individually. The information sought is highly relevant to 17 U.S.C. Ş 501. Copyright Infringement and does not fall under the scope of the revelation of trade secrets. The subpoena to identify the infringer is strictly related to the complaint and for those reasons only as plaintiff stated in his formal declaration in the motion to identify infringer Dkt 2.,. There is no undue burden to YouTube LLC., to produce the account

level information as requested by the Subpoena to Identify the Infringer as production of this material is minimal to YouTube LLC., because this information is a routine automated task and must be set forth under Federal Rules of Civil Procedure 45. Therefore, the non-party's claim of undue burden is unsupported as shown in *UMG Recordings, Inc. v. Doe 5:08-cv-003999 (N.D. CAL.2008) Columbia Ins. Co v. Seescandy.com, 185 F.R.D. 573 (N.D CAL.), Arista Records LLC v. Does 1-43, 684 F. SUPP.2d 340 (D. Me.2008).* Also, the time and the cost involved are proportional to the discovery's needs. In essence the courts jurisdiction to grant the Subpoena to identify the infringer is a reasonable accommodation considering the facts provided.

Plaintiff has met all the requirements that the Issuing Court required to serve YouTube LLC., with the Subpoena to Identify account level information associated with John Doe D/b/a Evil Streets TV. This specific information cannot be obtained anywhere else and plaintiff has exhausted all efforts to "Meet and confer" with YouTube LLCs., counsel of record. These interactions all proved to be unfruitful in relation to plaintiffs' attempts and pursuit to further the complaint and receive his due process. YouTube LLC., and John Doe D/b/a Evil Streets TV were both served and identified in the formal complaint Dkt.. 1. Each defendant was sued individually with Proof of Service attached Dkt. 4, Entered: 7/16/2025).

The fact that the YouTube channel Evil Streets TV has been removed from the platform does not negate the "Irreparable harm" that has been inflicted on the revenue generation capabilities of Titus Lee Barnes brand and copyrighted book Drug Lords of Oakland. Irreparable harm defined as: 1. The purpose and the character of the videos weighed against finding of Fair Use. 2. Videos were commercial and use of copyrighted material was not consistently transformative. 3. Copyrighted works were primarily creative in nature; and 4. Videos likely affected market as shown in *Elvis Presley Enterprises v. Passport Video, 349 F.3d 622 (9th Cir. 2003). Harper & Row Publishers Inc. v. Nation Enterprises 471 U.S. 539 (1985).* The record reflects that Evil Streets TV was a monetized channel in membership with YouTube Partnership Program (YPP), a royalty sharing mechanism embedded into YouTube's framework and business models which consist of 1. Subscription based funds. 2. Ad based funds. 3. Revenue sharing. Therefore, the subpoena to Identify the Infringer is direct in its scope and authority to obtain the identity of John Doe D/b/a Evil Streets TV.

## **3. Legal Standard**

The statutory provisions of the Digital Millenium Copyright Act 17 U.S.C. Ş 512 subsection 5(c)(3)(a) clearly states "The service provider shall expeditiously disclose to the copyright owner or person authorized by the copyright owner The information required by the subpoena". Therefore, Titus Lee Barnes is entitled to by law according to the Digital Millenium Copyright Act (DMCA) and the Fifth Amendment of the Constitution of the United States of America as the author and legal copyright owner of the book Drug Lords of Oakland (TX 8-646-340) to be notified of the identity of John doe D/B/A evil streets TV immediately for the purpose of amending his complaint and seeking due process in the United states District Court, Northern District of California.

## 4. Argument

**1. SUBPEONA IS LAWFUL IN ITS EXECUTION AND SERVICE AND SEEKS THE IDENTITY OF INFRINGER FOR THE PURPOSE OF DUE PROCESS ACCORDING TO THE FIFTH AMENDMENT OF THE UNITED STATES CONSTITUTION AND THE DIGITAL MILLENIUM COPYRIGHT ACT (DMCA).**

Plaintiff has made a prima facie showing copyright infringement against YouTube LLC., et al., in his formal complaint (Case No. 5:25-cv-O5901). Plaintiff has also established a prima facie showing that he is the author and legal copyright owner of the book Drug Lords of Oakland by presenting a U.S. Copyright certificate/receipt (TX 8-646-340, Effective date: 09/05/2018)via emails and U.S. mailing of Cease and Desist/Takedown notices on 05/26/2025 via YouTube LLCs, formal business address (901 Cherry Avenue, San Bruno, Ca., and www.studio.youtube.com., Content detection) on 05/26/2025. Plaintiff has also made a prima facie showing by providing the Attorneys of record for YouTube LLC., (B. Margo and Ada Wang, Wilson Sonsini and Goodrich Law) multiple screenshots and URLs via secure emails of Evil Streets TV videos complete with the Caption: *Information for these video were obtained from the book Drug Lords of Oakland by Titus Lee Barnes* (see documents attached).

**II. THE SUBPEONA IS DIRECT AND NARROWLY TAILORED IN ITS SCOPE**

The subpoena seeks direct information concerning the identity of John Doe D/b/a Evil Streets TV for the specific purpose of amending the complaint Case No. 5:25-cv-09501-VKD. The subpoena was issued by a certified clerk of the United States District Court, Northern District of California. The information relative to the complaint is concise in reference to 17 U.S.C. Ş 501. Copyright Infringement.

Evil Streets TV forfeited its protections under the Fair Use Act with the monetization of its YouTube channel and membership in the YouTube Partnership Program (**YPP**). To ignore the subpoena and not comply with the contents therein are in violation of the statutory provisions of the Digital Millenium Copyright Act 17 U.S.C. Ş 512 subsection 5(c)(3)(a).

**III. THE INFORMATION SOUGHT IS RELEVENT AND CANNOT BE OBTAINED ELSEWHERE OR OTHERWISE**

The identity of John Doe D/b/a Evil Streets TV is paramount to the formal complaint Case No. 5:25-cv-09501-VKD the unmitigated fact John Doe is the primary account holder of the YouTube Channel Evil Streets TV mentioned in the formal complaint filed 07/15/2025, Julian Barnes Aka Titus Lee Barnes v. YouTube LLC., et al. Evil Streets TV was a monetized channel that uploaded videos via YouTube LLC., which is a subsidiary of Google LLC., that recognizes Alphabet Inc as a 10% shareholder. YouTube channels function through Gmail (Google Mail) accounts which directly connects them to the Google Account. To name one is to name the other and plaintiffs' complaint cannot be amended without the identity of John Doe.

**IV. DISCLOSURE IS NECESSARY AND PROPER FOR DAMAGES AND PROFITS, VICARIOUS LIABILITY AND IRREPARABLE HARM**

According to 17 U.S.C. Ş 504., plaintiff seeks Damages and Profits from revenues accrued during John Doe D/b/a Evil Streets TVs active status with YouTube acting as its ISP. The need to identify the infringer is also pursuant to Federal Rule of Civil Procedure 38(b)., Demand for trial. Plaintiff will be denied his Fifth Amendment rights of Due Process according to the United States Constitution if the court deems otherwise. Plaintiff is now suffering and will continue to suffer irreparable harm and monetary damage because of defendant's YouTube LLC., et al., volitional conduct until this court grants relief. This cannot be done without the Identity of the infringer. There is no undue burden because of this information (ie. Identity of the infringer) is readily available as has been conveyed to Plaintiff during several "Meet and confer" sessions with YouTube LLCs., attorneys of record Mr. Benjamin Margo and Miss Ada Wang (Wilson Sonsini and Goodrich) during several telephone conversations, video conferences and secure emails. Therefore, the subpoena is necessary and justified by law.

**V. DISCLOSURE WOULD PROTECT LEGAL COPYRIGHT HOLDER FROM FURTHER INFRINGEMENT AND PROVIDE JUST COMPENSATION**

The content at issue is infringing, unlawful, harmful and damaging to legal copyright holder's market. The book Drug Lords of Oakland is privately owned and protected by the Library of Congress under copyright no. TX-8-646-340. Julian Barnes Aka Titus Lee Barnes is the author of and legal copyright owner of the intellectual property being infringed upon. John Doe forfeited his/her First Amendment rights of Fair Use during the Performance and Display of the book Drug Lords of Oakland on a monetized platform. By law courts are obligated to serve subpoenas under 17 U.S.C. Ş 512(h)(1), Subpoena to Identify Infringer and according to the statutory provisions of the Digital Millenium Copyright Act 17 U.S.C. Ş 512 subsection 5(c)(3)(a), the recipient is compelled to comply.

**CONCLUSION**

For the foregoing reasons, the court should deny the non-party motion to quash the subpoena and compel the recipient YouTube LLC., to comply with the content therein. As it is evident that maintaining the anonymity of John Doe D/b/a Evil Streets TV is adverse in the advancement of the formal complaint Case No. 5:25-cv-09501-VKD.

I SWEAR UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT ACCORDING TO MY KNOWLEDGE.

SIGNED

Julian Barnes Aka

Titus Lee Barnes Dated: January 20,2026

Julian Barnes Aka
Titus Lee Barnes
1700 McHenry Ave. 65B #114
Modesto, Ca. 95350
(209)501-3462
barnestlee@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Julian Barnes Aka
Titus Lee Barnes

Plaintiff,

v.

YouTube, LLC., et al.

Defendant

Case No.: 5:25-cv-09501-VKD

**CERTIFICATION SHEET**

Pursuant to Northern District (N.D. CAL.): Civil Local Rule 3-4 and CM/ECF Guidelines plaintiffs introduce the following document(s) as exhibit(s).

**EXHIBIT A**

1 screenshot of John Doe D/b/a Evil Streets TVs profile page on YouTube channel.

I declare under the penalty of perjury that the foregoing information is true and accurate according to my knowledge.

Signed: Dated: January 20, 2026




## Description

Meet Oakland's LEGENDARY GANGSTER Felix "The Cat" Mitchell

| 927 | 35,290 | Apr 17 |
|---|---|---|
| Likes | Views | 2025 |

This video details the life and career of one of the most infamous Goons, Kingpins and Gangsters from the Golden Era of Hustling. Felix "The Cat" Mitchell, Oakland, CA. 69 Mob. https://creators.spotify.com/pod...

Julian Barnes Aka
Titus Lee Barnes
1700 McHenry Ave. 65B #114
Modesto, Ca. 95350
(209)501-3462
barnestlee@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Julian Barnes Aka
Titus Lee Barnes

Plaintiff,

v.

YouTube, LLC., et al.

Defendant

Case No.: 5:25-cv-09501-VKD

**CERTIFICATION SHEET**

Pursuant to Northern District (N.D. CAL.): Civil Local Rule 3-4 and CM/ECF Guidelines plaintiffs introduce the following document(s) as exhibit(s).

**EXHIBIT B**

1- screenshot of John Doe D/b/a Evil Streets TVs upload with caption: Meet Oakland's Legendary Kingpin Milton "Mick" Moore. The information for this video was obtained from the book Drug Lords of Oakland by Titus Lee Barnes

I declare under the penalty of perjury that the foregoing information is true and accurate according to my knowledge.

Signed: [signature] Dated: January 20, 2026






Description

Meet Oakland's LEGENDARY KINGPIN Mickey "Mick MO" Moore

| 600 | 14,545 | May 22 |
|---|---|---|
| Likes | Views | 2025 |

INFORMATION FOR THIS VIDEO WAS OBTAINED FROM DRUG LORDS OF OAKLAND BY TITUS LEE BARNES. This video details the life and career of one of the most infamous Goons, Kingpins and Gangsters from the Golden Era of Hustling. Mickey "Mick MO" Moore. ttps://creators.spotify.com/pod...

Julian Barnes Aka
Titus Lee Barnes
1700 McHenry Ave. 65B #114
Modesto, Ca. 95350
(209)501-3462
barnestlee@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Julian Barnes Aka
Titus Lee Barnes

Plaintiff,

v.

YouTube, LLC., et al.

Defendant

Case No.: 5:25-cv-09501-VKD

**CERTIFICATION SHEET**

Pursuant to Northern District (N.D. CAL.): Civil Local Rule 3-4 and CM/ECF Guidelines plaintiffs introduce the following document(s) as exhibit(s).

**EXHIBIT-C**

1- screenshot of John Doe D/b/a Evil Streets TVs upload with caption: Meet Oakland's Legendary Kingpin Harvey "Funktown Harv" Whisenton. The information for this video was obtained from the book Drug Lords of Oakland by Titus Lee Barnes

I declare under the penalty of perjury that the foregoing information is true and accurate according to my knowledge.

Signed: [signature] Dated: January 20, 2026



E

## Description

Meet Oakland's LEGENDARY KINGPIN Harvey "Funktown Harv" Whisenton

929 24,766 May 19 2025

INFORMATION FOR THIS VIDEO WAS OBTAINED FROM DRUG LORDS OF OAKLAND BY TITUS LEE BARNES. This video details the life and career of one of the most infamous Goons, Kingpins and Gangsters from the Golden Era of Hustling.Harvey"FunktownHarv"Whisenton. https://creators.spotify.com/pod...

Julian Barnes Aka

Titus Lee Barnes

1700 McHenry Ave. 65B #114

Modesto, Ca. 95350

(209)501-3462

barnestlee@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Julian Barnes Aka

Titus Lee Barnes

Plaintiff,

v.

YouTube, LLC., et al.

Defendant

Case No.: 5:25-cv-09501-VKD

**CERTIFICATION SHEET**

Pursuant to Northern District (N.D. CAL.): Civil Local Rule 3-4 and CM/ECF Guidelines plaintiffs introduce the following document(s) as exhibit(s).

**EXHIBIT-D**

1- screenshot of John Doe D/b/a Evil Streets TVs upload with caption: Meet Oakland's Legendary Kingpin Rudolph "Big Rudy" Henderson. The information for this video was obtained from the book Drug Lords of Oakland by Titus Lee Barnes

I declare under the penalty of perjury that the foregoing information is true and accurate according to my knowledge.

Signed: Dated: January 20, 2026




Description

Meet Oakland's LEGENDARY KINGPIN Rudolph "Rudy" Henderson

498 Likes

11,340 Views

May 24 2025

INFORMATION FOR THIS VIDEO WAS OBTAINED FROM DRUG LORDS OF OAKLAND BY TITUS LEE BARNES. This video details the life and career of one of the most infamous Goons, Kingpins and Gangsters from the Golden Era of Hustling. Rudolph "Rudy" Henderson.
https://creators.spotify.com/pod...

Julian Barnes Aka
Titus Lee Barnes
1700 McHenry Ave. 65B #114
Modesto, Ca. 95350
(209)501-3462
barnestlee@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Julian Barnes Aka
Titus Lee Barnes
Plaintiff,
v.
YouTube, LLC., et al.
Defendant

Case No.: 5:25-cv-09501-VKD

**CERTIFICATION SHEET**

Pursuant to Northern District (N.D. CAL.): Civil Local Rule 3-4 and CM/ECF Guidelines plaintiffs introduce the following document(s) as exhibit(s).

**EXHIBIT-E**

1- Copy of Copyright Registration form TX-646-340

I declare under the penalty of perjury that the foregoing information is true and accurate according to my knowledge.

Signed: Dated: January 20, 2026

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

.STATEs

Registration Number

TX 8-646-340

Effective Date of Registration: September 05, 2018

Acting United States Register of Copyrights and Director

## Title

Title of Work: Drug Lords of Oakland

## Completion/Publication

Year of Completion: 2018

Date of 1st Publication: September 03, 2018

Nation of 1st Publication: United States

International Standard Number: ISBN 978-1724791566

## Author

- Pseudonym: Titus Lee Barnes

Author Created: text

Work made for hire: No

Citizen of: United States

Domiciled in: United States

Year Born: 1970

Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: Julian J Barnes
613 Plaza de las Sierras, Modesto, CA, 95350, United States

## Rights and Permissions

Name: Julian J Barnes
Email: barnestlee@gmail.com
Telephone; (510)395-1492
Address: 613 Plaza de las Sierras
M odest o CA 95350 United states

## Certification

Page I of 2

Julian Barnes Aka
Titus Lee Barnes
1700 McHenry Ave. 65B #114
Modesto, Ca. 95350
(209)501-3462
barnestlee@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julian Barnes Aka<br>Titus Lee Barnes<br>Plaintiff,<br>v.<br>YouTube, LLC., et al.<br>Defendant | Case No.: 5:25-cv-09501-VKD<br><br>**CERTIFICATION SHEET/PROOF OF SERVICE** |

Pursuant to FCRP local civil rule(s) 5(b) & (d) plaintiff declares the following.

I, Julian Barnes Aka Titus Lee Barnes am over the age of eighteen and competent to attest to the statements made in this declaration. I formally submit this declaration and the attached exhibits in response to the NON-PARTY MOTION TO QUASH SUBPOENA directed to YouTube, LLC. I am a named party in this action and the Author and legal copyright holder of the Drug Lords of Oakland TX 8-646-340. I am the plaintiff in this case acting In Pro se. To my knowledge, YouTube LLC., nor John Doe D//b/a Evil Streets TV did not obtain permission, licensing or publishing rights to the book Drug Lords of Oakland by Titus Lee Barnes prior to the performance and display of the videos mentioned and attached to this response. The subpoena to Identify the Infringer is proper according to 17 U.S.C Ş 512 (h)(1) and does not pose “undue

burden" on the defendant(s) nor the public at hand. John Doe D/b/a Evil Streets TV is in direct violation of plaintiffs Fifth Amendment rights of "due process" and "just compensation" according to the United States Constitution in the United States of America. I respectfully request that the court strike this Non-Party Motion to Quash Subpoena and require defendant YouTube, LLC., to comply to the Subpoena to Identify the Infringer as the law states in the Digital Millenium Copyright Act (DMCA) 17 U.S.C. Ş 17 512 5 (c) (3) (a).

**I declare under the penalty of perjury that the foregoing is true and accurate according to my knowledge.**

Signed: [signature] Dated: January 20, 2026