UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIAN JAMES RAY BARNES,<br><br>    Plaintiff,<br><br>    v.<br><br>YOUTUBE, INC., et al.,<br><br>    Defendants. | Case No.  25-cv-05901-VKD<br><br>**ORDER DIRECTING DEFENDANT JOHN DOE D/B/A EVIL STREETS TV TO RESPOND TO STIPULATED REQUEST TO ENLARGE TIME FOR BRIEFING ON YOUTUBE'S MOTION TO DISMISS AND VACATE ADMINISTRATIVE DEADLINES**<br><br>Re: Dkt. No. 37 |

On January 8, 2026, at the parties' request, the Court extended the deadline for defendant YouTube, LLC ("YouTube") to file a motion to dismiss the complaint to January 29, 2026. Dkt. No. 30. Now, plaintiff Julian Barnes and YouTube have filed a stipulated request asking to extend the time for briefing on YouTube's motion to dismiss and to vacate administrative deadlines, as Mr. Barnes anticipates filing an amended complaint. Dkt. No. 37. Mr. Barnes and YouTube suggest that the Court resolve defendant John Doe d/b/a Evil Streets TV's ("John Doe") motion to quash Mr. Barnes's subpoena seeking John Doe's identity before Mr. Barnes amends his complaint. *Id.*

If John Doe wishes to have his position regarding the stipulated request to enlarge time for briefing on YouTube's motion to dismiss and to vacate administrative deadlines considered by the Court, his response must be filed by **January 27, 2026**. *See* Civil L.R. 7-11(b). John Doe's response may not exceed five pages. *Id.*

Meanwhile, the Court provisionally extends YouTube's deadline to file its motion to dismiss to **February 5, 2026**.

//

**IT IS SO ORDERED.**

Dated: January 26, 2026

Virginia K. DeMarchi
United States Magistrate Judge