**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Julian Barnes aka Titus Lee Barnes,**
Plaintiff,
v.
**YouTube LLC, et al.,**
Defendants.
Case No. **5:25-cv-05901-VKD**

## NON-OPPOSITION AND STATEMENT OF POSITION OF JOHN DOE

RE: STIPULATED REQUEST TO ENLARGE TIME AND VACATE ADMINISTRATIVE DEADLINES

John Doe, appearing anonymously and pro se, respectfully submits this non-opposition and statement of position in response to the Court's Order directing John Doe to respond to the parties' stipulated request to enlarge time for briefing on YouTube's motion to dismiss and to vacate administrative deadlines.

### 1. Non-Opposition to Procedural Enlargement

John Doe **does not oppose** the stipulated request to enlarge time and to vacate administrative and discovery-related deadlines as set forth in the parties' stipulation. John Doe agrees that it is procedurally efficient for the Court to resolve the pending **Motion to Quash Subpoena Directed to Google LLC** before further merits briefing or discovery proceeds.

### 2. Threshold Nature of the Motion to Quash

John Doe respectfully submits that the motion to quash presents a **threshold issue** concerning anonymous-speaker protections, Rule 45 limits, and the propriety of identity discovery. Resolution of that motion will materially inform whether and how this case should proceed. Staying further briefing and administrative deadlines pending that ruling conserves judicial resources and avoids unnecessary motion practice.

### 3. Reservation of Rights and No Consent to Disclosure

John Doe's non-opposition to the stipulated request is **procedural only**. Nothing in this filing should be construed as:
- consent to identity disclosure;
- waiver of any arguments raised in the motion to quash or reply;
- agreement that Plaintiff has stated a viable claim; or
- waiver of any defenses, including fair use and failure to state a claim.

John Doe expressly **reserves all rights** to seek dismissal or other relief following resolution of the motion to quash.

### 4. Position on Case Sequencing

John Doe agrees that resolving the motion to quash first is appropriate and

consistent with Ninth Circuit authority governing unmasking and discovery directed at anonymous speakers. John Doe takes **no position** on the merits of YouTube's anticipated motion to dismiss at this time.

## CONCLUSION

For the foregoing reasons, John Doe **does not oppose** the stipulated request to enlarge time and vacate administrative deadlines, subject to the express reservations stated above, and respectfully submits that resolving the motion to quash first is the proper and efficient course.

Dated: January 27, 2026
Respectfully submitted,
**John Doe**
Pro Se
(appearing anonymously)