UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIAN JAMES RAY BARNES,<br><br>  Plaintiff,<br><br>v.<br><br>YOUTUBE, INC., et al.,<br><br>  Defendants. | Case No. 25-cv-05901-VKD<br><br>**ORDER GRANTING STIPULATED REQUEST TO ENLARGE TIME FOR BRIEFING ON YOUTUBE'S MOTION TO DISMISS AND VACATE ADMINISTRATIVE DEADLINES**<br><br>Re: Dkt. No. 37 |

Plaintiff Julian Barnes and defendant YouTube, LLC ("YouTube") ask the Court to extend the deadline for YouTube's motion to dismiss the complaint (for which a briefing schedule has been set) and to vacate certain administrative deadlines. Dkt. No. 37. Defendant John Doe d/b/a Evil Streets TV ("John Doe") does not oppose this request. Dkt. No. 39. The Court grants the relief requested, as follows:

1. YouTube's deadline to file a motion to dismiss or to otherwise respond to the complaint is stayed pending the Court's resolution of John Doe's motion to quash (Dkt. No. 29); the Court will set YouTube's response date by separate order following resolution of the motion.

2. The Court will set a date for an initial case management conference and related deadlines, including for selection of an ADR process, after resolving the motion to quash.

**IT IS SO ORDERED.**

Dated: January 27, 2026



Virginia K. DeMarchi
United States Magistrate Judge