Julian Barnes Aka
Titus Lee Barnes
1700 McHenry Ave. Ste 65B #114
Modesto, Ca. 95350
(209)501-3462
barnestlee@gmail.com

Re: Titus Lee Barnes v. YouTube, LLC., et al.    Case No. 5:25-cv-05901-VKD

Dear Mr. Margo,                                             Dated: January 27, 2026

As you are aware, the Subpoena to Identify Infringer was entered and filed 12/10/2025. Since that date your office and I have participated in several "Meet and Confer" sessions via emails and telephone calls. Also, via the video conference on Microsoft Teams with Miss A. Wang and me that took place on 1/15/26. All these efforts proved to be deficient even after it was conveyed to me by you over the phone and in a letter, that YouTube would be prepared to release this pertinent information once the subpoena was granted. Therefore, pursuant to Federal Rules of Civil Procedure 37(a)(1), It is with much significance that I formally notify you at Wilson Sonsini Goodrich & Rosati that I am prepared to file a Motion to Compel on or about February 1st, 2026.

Respectfully,

*[signature]*

Julian Barnes Aka Titus Lee Barnes