Julian Barnes Aka

Titus Lee Barnes

1700 McHenry Ave. Ste 65B #114

Modesto, Ca. 95350

(209)501-3462

barnestlee@gmail.com

In Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julian Barnes Aka | ) Case No.: 5:25-cv-05901-VKD |
| Titus Lee Barnes | ) **(FRCP) 37(a)(1)** |
| Plaintiff, | ) **MEET AND CONFER DECLARATION LETTER** |
| v. | ) |
| YouTube, LLC., et al. | ) |
| Defendant | |

  Pursuant to Federal Rules of Civil Procedure (FCRP) 37(a)(1) the attached document is a formal letter mailed to the Attorney of record for YouTube, LLC., at Wilson Sonsini Goodrich & Rosatti from Julian Barnes Aka Titus Lee Barnes who is a plaintiff in this matter. [Attached 1-Letter].

**I swear under the penalty of perjury that the foregoing is true and accurate according to my knowledge.**

  Signed                                                                                   Dated: January 27, 2026

  *[signature]*

  Julian Barnes Aka Titus Lee Barnes

DOCUMENT NAME (e.g., STIPULATION AND ORDER) - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DOCUMENT NAME (e.g., STIPULATION AND ORDER) - 2