UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIAN JAMES RAY BARNES,<br><br>    Plaintiff,<br><br>    v.<br><br>YOUTUBE, INC., et al.,<br><br>    Defendants. | Case No. 25-cv-05901-VKD<br><br>**ORDER STRIKING PLAINTIFF'S JANUARY 27, 2026 FILING**<br><br>Re: Dkt. No. 41 |

On January 27, 2026, plaintiff Julian Barnes filed a letter addressed to counsel for defendant YouTube, LLC. Dkt. No. 41. The Court strikes this filing. A party must not file correspondence on the docket reflecting "meet and confer" discussions with another party, unless the correspondence is a proper exhibit to another filing permitted by the Federal Rules of Civil Procedure and conforms to the requirements of the Civil Local Rules of the Northern District of California.

The Court also refers the parties to Judge DeMarchi's Standing Order for Civil Cases[1] which includes, among other things, directions regarding the presentation of discovery disputes for resolution by the Court.

**IT IS SO ORDERED.**

Dated: January 28, 2026

Virginia K. DeMarchi
United States Magistrate Judge

---

[1] Judge DeMarchi's Standing Order for Civil Cases, https://cand.uscourts.gov/sites/default/files/standing-orders/VKD-StandingOrderForCivilCases-7-2025.pdf