Julian Barnes Aka

Titus Lee Barnes

1700 McHenry Ave. 65B #114

Modesto, Ca. 95350

(209)501-3462

barnestlee@gmail.com

In Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Julian Barnes Aka<br>Titus Lee Barnes<br>          Plaintiff,<br>  v.<br>YouTube LLC., et al.<br>          Defendant | Case No.: 5:25-CV-09501-VKD<br><br>**MOTION TO COMPEL**<br><br>**FEDERAL RULES OF CIVIL PROCEDURE 37** |

    Pursuant to Federal Rule of Civil Procedure 37 Plaintiff/Julian Barnes Aka Titus Lee Barnes motions to this court for and order compelling Defendant/YouTube LLC., to respond completely and accurately to the discovery requests served on Defendant/ YouTube LLC., on December 9, 2025 in relation to this matter. For the reasons set forth in the materials filed in support of this motion good cause exists to grant this motion.

**I swear under the penalty of perjury that the foregoing information is true and accurate according to my knowledge.**

Respectfully submitted:                                                                      Dated: February 23, 2026

*/s/ Julian Barnes*

Julian Barnes