1 Julian Barnes Aka
2 Titus Lee Barnes
3 1700 McHenry Ave. 65B #114
4 Modesto, Ca. 95350
5 (209)501-3462
6 Barnestlee@gmail.com
7     In Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Julian Barnes Aka<br>Titus Lee Barnes<br>    Plaintiff,<br>v.<br>YouTube LLC., et al.<br>    Defendant | Case No.: 5:25-cv-09501-VKD<br>**PLAINTIFFS NOTICE OF MOTION &**<br>**MOTION TO COMPEL**<br>**CRC § 1.1113**<br>**THE HONORABLE:**<br>**VIRGINIA K. DeMARCHI** |

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

PLEASE TAKE NOTICE that upon the judge's discretion or as soon thereafter that this matter may be heard in the above-entitled court located at 280 S First Street, San Jose, California 95113.

   Julian Barnes, plaintiff in this case, respectfully moves this court for a Motion to Compel pursuant to Federal Rules of Civil Procedure 37, for defendants' failure to comply with a Subpoena to Identify an

Infringer by providing John Doe D/b/a Evil Streets TV identity and/or any other pertinent information to plaintiff in the above stated matter. Plaintiff is entitled to relief in this matter to the extent that relief can be granted.

This notice is based on the Notice, Memorandum of Points and Authorities, Declaration, and the Pleadings on file with the Court.

This Motion is made following the conference of the parties pursuant to the Northern District of California Local Rule 37-2, which took place telephonically on February 16, 2026 between Plaintiff and attorney of record, Specifically, Ada Wang.

Respectfully Submitted,                                             Dated: February 23, 2026

*/s/ Julian Barnes*

Julian Barnes

Plaintiff

In Pro se