Julian Barnes Aka

Titus Lee Barnes

1700 McHenry Ave. 65B #114

Modesto, Ca. 95350

(209)501-3462

Barnestlee@gmail.com

    In Pro Se

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

|  |  |
|---|---|
| Julian Barnes Aka<br>Titus Lee Barnes<br>    Plaintiff,<br>  v.<br>YouTube LLC., et al.<br>    Defendant | Case No.: 5:25-cv-09501-VKD<br><br>**SEPARATE STATEMENT IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO SUBPOENA TO IDENTIFY INFRINGER**<br><br>**(FRCP 37)** |

Pursuant to Federal Rules of Civil Procedure 37, Plaintiff submits the following separate statement:

**Subpoena to Identify a Infringer 17 U.S.C. § 512(h), Set One**
**Request No. 1:** On December 9, 2025, Plaintiff filed a amended proposed subpoena, seeking the "[i]dentity of [i]nfringer: John Doe D/b/a Evil Streets TV" DKT. NO. 25. The same day, the Court directed the Clerk of the Court to "expeditiously issue and sign the proposed subpoena and return it to the requester for delivery to the service provider," pursuant to 17 U.S.C. § 512(h)(4). DKT. NO. 26.

**Response to Request No. 1:** Attorney of record, specifically Ada Wang, contacted plaintiff via email on January 13, 2026, and arranged a Microsoft Teams meeting to attempt to locate Doe's pertinent information within the takedown notices and counter-notifications of Plaintiff and John Doe on YouTube, LLC., (See Below):

Hi Mr. Barnes,

Do you have time today or tomorrow to get on a call to go through your fiancée's emails to see whether we can find contact information of the owner of the Evil Street TV in the emails from YouTube? We have identified several emails from YouTube to Tempermalone@gmail.com that contain the contact information. I am available after 12: 30 pm PT. Thank you!

Best,

Ada

**Reasons for Further Response:** No identifying information for John Doe D/b/a Evil Streets TV was located and/or conveyed to plaintiff during the Microsoft Teams meeting. Therefore, the response was inadequate.

**Request No. 2:**   On January 8,2026, a defendant in this action whose identity is unknown, moved to quash Plaintiff Julian Barnes subpoena issued to Defendant YouTube, LLC., seeking information identifying Doe. DKT. NO. 29.

   On [date] Mr. Barnes opposed motion to quash In Pro Se. DKT. NO. 32.

   On February 13, 2026, having considered the motion, opposition, the record before the court, and the applicable law, and for the reasons explained (see Document 46), United States Magistrate Judge Virginia K. DeMarchi denied Doe's motion to quash on behalf of the Court it was so ordered. DKT. NO. 46.

Upon this decision attorney of record, specifically, Benjamin D. Margo reached out to plaintiff via email on February 18th 2026, requesting a sworn declaration to receive the information requested in the subpoena. At which time I informed him that as part of the 17 U.S.C. § 512(h) filing a sworn declaration was already filed and on the record.  (email below):

Hi Mr. Barnes,

We spoke about this earlier—are you planning to send a sworn declaration under 17 U.S.C. § 512(h)(2)(C)?  *See also* 28 U.S.C. § 1746.

It would look something like the short draft below, in case that is helpful.  But of course I'll defer to your own sources of legal advice—thanks!

Best,

Ben

**Reasons For Further Response:** Response is inadequate because Defendant has not provided Plaintiff with requested information required by law as stated in the Digital Millenium Copyright Act and ordered by the United States District Court Clerk. Upon receipt of the issued subpoena, the service provider must "expeditiously disclose" the required information to the copyright owner "<u>notwithstanding any other provision of law</u>." 17 U.S.C. § 512(h)(5).

**I SWEAR UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND ACCURATE ACCORDING TO MY KNOWLEDGE.**

Respectfully Submitted                                                                 Dated: February 23, 2026

Julian Barnes