Julian Barnes Aka

Titus Lee Barnes

1700 McHenry Ave. 65B #114

Modesto, Ca. 95350

(209)501-3462

Barnestlee@gmail.com

      In Pro Se

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Julian Barnes Aka | Case No.: 5:25-cv-09501-VKD |
| Titus Lee Barnes | |
|     Plaintiff, | **CERTIFICATE OF SERVICE** |
|   v. | |
| YouTube LLC., et al. | |
|     Defendant | |

I certify that on February 23, 2026, I electronically filed the following document(s) and that it is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system. The Attorneys of record for YouTube, LLC., are listed below:

DOCUMENT NAME (e.g., STIPULATION AND ORDER) - 1

**Wilson Sonsini Goodrich & Rosati**

Professional Corporation

650 Page Mill Road

Palo Alto, California 94304

**Benjamin D. Margo**

bmargo@wsgr.com

**Ada Wang**

ada.wang@wsgr.com

Signed: *[signature]*

Dated: February 23, 2026