UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIAN JAMES RAY BARNES,<br><br>    Plaintiff,<br><br> v.<br><br>YOUTUBE, INC., et al.,<br><br>    Defendants. | Case No. 25-cv-05901-VKD<br><br>**ORDER STRIKING PLAINTIFF'S FEBRUARY 23, 2026 FILING**<br><br>Re: Dkt. No. 47 |

On February 23, 2026, plaintiff Julian Barnes filed a motion to compel discovery from defendant YouTube, Inc. Dkt. No. 47. The Court strikes this filing for failure to comply with the Court's discovery dispute resolution procedures, which require a joint submission.

As the Court has previously advised (*see* Dkt. No. 42), Judge DeMarchi's Standing Order for Civil Cases[1] includes directions regarding the presentation of discovery disputes for resolution by the Court. Absent leave of Court, parties must not file formal noticed motions under Civil L.R. 7-2 addressing discovery-related disputes, but instead must follow the procedures described in the Standing Order. *See* Standing Order for Civil Cases secs. 3, 4. The parties must confer and jointly file a joint discovery dispute letter that complies with the Standing Order.

**IT IS SO ORDERED.**

Dated: February 24, 2026

                Virginia K. DeMarchi
                United States Magistrate Judge

---

[1] Judge DeMarchi's Standing Order for Civil Cases, https://cand.uscourts.gov/sites/default/files/standing-orders/VKD-StandingOrderForCivilCases-7-2025.pdf.