UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIAN JAMES RAY BARNES,<br><br>    Plaintiff,<br><br>    v.<br><br>YOUTUBE, INC., et al.,<br><br>    Defendants. | Case No.  25-cv-05901-VKD<br><br>**ORDER DIRECTING PLAINTIFF TO FILE STATUS REPORT RE SERVICE OF PROCESS** |

This copyright infringement action has been pending since July 15, 2025.  Dkt. No. 7.  On February 13, 2026, the Court resolved defendant Doe's motion to quash plaintiff Julian Barnes's subpoena issued to defendant YouTube, LLC[1], seeking information identifying Doe.  Dkt. No. 46.  There is no indication on the docket that Doe has been identified and properly served.

By **April 10, 2026**, Mr. Barnes shall file a status report advising the Court of the status of service of the complaint and summons on Doe.

**IT IS SO ORDERED.**

Dated: March 9, 2026

Virginia K. DeMarchi
United States Magistrate Judge

---

[1] YouTube is sued as "YouTube, Inc., d/b/a/ YouTube, LLC."  *See* Dkt. No. 7 ¶ 9.  However, YouTube states that its correct name is "YouTube, LLC."  *See* Dkt. No. 19 at 1.