UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| JULIAN JAMES RAY BARNES,<br><br>Plaintiff,<br><br>v.<br><br>YOUTUBE, INC., et al.,<br><br>Defendants. | Case No.  25-cv-05901-VKD<br><br>**ORDER DIRECTING PLAINTIFF TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS** |

On July 15, 2025, plaintiff Julian Barnes, who is representing himself, filed a complaint alleging copyright infringement and an application to proceed in forma pauperis ("IFP").  Dkt. Nos. 6, 7.  At the time, Mr. Barnes was a state prisoner at Valley State Prison ("VSP") in Chowchilla, California.  *See id.*  On August 15, 2025, the Court granted Mr. Barnes's IFP application.  Dkt. No. 11.  On August 18, 2025, the Court issued an order stating that the total filing fee that ultimately will be due is $350.00, but due to the lack of funds in Mr. Barnes's prisoner account, no initial fee was due at the time.  Dkt. No. 12.  The Court stated that funds for the filing fee would be taken from income to Mr. Barnes's account in accordance with 28 U.S.C. § 1915(b)(2).  *Id.*

On November 13, 2025, the Court directed Mr. Barnes to file a Notice of Change of Address after noting that Mr. Barnes's motion for a subpoena suggested that Mr. Barnes was no longer at VSP.  Dkt. No. 16.  On December 9, 2025, Mr. Barnes filed a Notice of Change of Address reflecting that he had been released from VSP.  Dkt. No. 25-1.

Mr. Barnes has not paid the filing fee.  As Mr. Barnes's circumstances have changed, the Court directs Mr. Barnes to complete and file a new IFP application **no later than April 10,**

United States District Court
Northern District of California

**2026.**[1]

  **IT IS SO ORDERED.**

Dated: April 3, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California

---

[1] The IFP application for non-prisoner cases is available on the Court's website: https://cand.uscourts.gov/sites/default/files/forms/Application-to-Proceed-In-Forma-Pauperisnon-prisoner.pdf