Julian Barnes Aka

Titus Lee Barnes

1700 McHenry Ave. 65B #114

Modesto, Ca. 95350

(209)501-3462

barnestlee@gmail.com

In Pro se

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julian Barnes Aka Titus Lee Barnes ) ) ) Plaintiff(s), ) ) vs. ) ) Jasmine Sanchez, Angelo Sanchez, and ) ) YouTube, LLC ) ) ) Defendant(s). ) ) ) ) ) ) | Case No.: 5:25-cv-05901-VKD **FIRST AMENDED COMPLAINT** COPYRIGHT INFRINGEMENT 17 U.SC. § 501. DEMAND FOR JURY TRIAL |

## PARTIES

1. Plaintiff.

Name: Julian Barnes Aka Titus Lee Barnes

- 1 -

First Amended Complaint

Address: 1700 McHenry Avenue Ste 65B #114

Modesto, Ca. 95350

Telephone: (209)501-3462

Email: barnestlee@gmail.com

2. Defendants.

**Defendant 1:**

Name: Jasmine Sanchez

3728 Saint Charles Way

Orange Park, Fl. 32065

Telephone: (347)364-1701

Email: ghettoscholars@gmail.com

**Defendant 2:**

Angelo Sanchez

3728 Saint Charles Way

Orange Park, Fl. 32065

Telephone: (347)364-1701

Email: evilstreetsmedia@gmail.com

**Defendant 3:**

Name: YouTube, LLC.

Address: 901 Cherry Avenue, San Bruno, Ca. 94066

Telephone: (650) 253-0000

**JURISDICTION**

3. The court has jurisdiction over the plaintiff's claims of violations of his constitutional rights under 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution of the United States. Jurisdiction of the Court is invoked pursuant to 28 U.S.C. § 1343(a)(1) in that this action seeks to recover damages for injury to this person or property.

**VENUE**

First Amended Complaint

4.  Venue is proper in this court under 28 U.S.C. § 1391(b)(2) because it is a judicial district which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is subject of the action is situated.

## INTRADISTRICT ASSIGNMENT

5.  Pursuant to local rule 3-2(c) and (e), this action is properly assigned to the San Jose Division because a substantial amount of the events or omissions giving rise to the claims occurred in Santa Clara County.

## STATEMENT OF FACTS

6.  On or about April 17, 2025, defendant(s) Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a thirty-seven minute, and five-second video titled, Meet Oakland's LEGENDARY GANGSTER Felix "The Cat" Mitchell. During the performance and display of this video defendants, hereafter Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter one "Big Fee" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content.

7.   On or about May 19, 2025, defendant(s) Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a twenty-two minute, and twenty-nine second video titled, Meet Oakland's LEGENDARY KINGPIN Harvey "Funktown Harv" Whisenton. During the performance and display of this video defendants, Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter three "Funktown Harv" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content. This video was published complete with a caption stating the following: [Information for this video was obtained from Drug Lords of Oakland by Titus Lee Barnes].

8. On or about May 22, 2025, Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a (FILL IN) video titled, Meet Oakland's LEGENDARY KINGPIN Harvey "Funktown Harv" Whisenton. During the performance and display of this video defendants, Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter two "Mick Mo" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content. This video was published complete with a caption stating the following: [Information for this video was obtained from Drug Lords of Oakland by Titus Lee Barnes].

9. On or about May 24, 2025, Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a twenty-two minute, and sixteen-second video titled, Meet Oakland's LEGENDARY KINGPIN Rudolph "Big Rudy" Henderson. During the performance and display of this video Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter four "Big Rudy" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content. This video was published complete with a caption stating the following: [Information for this video was obtained from Drug Lords of Oakland by Titus Lee Barnes].

10. On or about May 25, 2025, Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a video titled, Meet Oakland's LEGENDARY KINGPIN Daryll "Lil D" Reed. During the performance and display of this video Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter six "Lil D" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content.

11. On or about April 1, 2025, Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a video titled, Meet

First Amended Complaint

Oakland's LEGENDARY KINGPIN Larry Lorenzo Parker. During the performance and display of this video Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter five "Larry P" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content.

12. On or about August 1, 2025, Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a video titled, Meet LEGENDARY KINGPIN Timothy "Black" Bluitt. During the performance and display of this video Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter seven "Black" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content.

13. On or about August 1, 2025, Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a video titled, Meet Oakland's LEGENDARY OAKLAND KINGPIN Anthony "Ant" Flowers. During the performance and display of this video Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter eight "Ant" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content.

14. On or about August 1, 2025, Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a video titled, Meet LEGENDARY OAKLAND KINGPIN Kevin "Slow Motion" Davis. During the performance and display of this video Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter nine "Slow Motion" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content.

15. On or about August 1, 2025, Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a

video titled, Meet LEGENDARY OAKLAND KINGPIN James "Hollyrock" Holloway. During the performance and display of this video Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter ten "Hollyrock" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content.

16. On or about August 1, 2025, Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed two videos titled, Meet Oakland's LEGENDARY KINGPIN Charles Cosby (Part 1 and Part 2). During the performance and display of this video Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter eleven "Brookfield Charles" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content.

17. On or about August 1, 2025, Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a video titled, Meet LEGENDARY OAKLAND KINGPIN Derlin "D Folks" Hines. During the performance and display of this video Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter twelve "D Folks" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content.

18. On or about August 1, 2025, Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a video titled, Meet LEGENDARY OAKLAND KINGPIN "Maestro". During the performance and display of this video Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter thirteen "Maestro" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content.

19. On or about May 25, 2025, Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a video

First Amended Complaint

titled, Meet LEGENDARY OAKLAND KINGPIN "Cuzzo Kev". During the performance and display of this video Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter fourteen "Cuzzo Kev" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content.

20. On or about August 1, 2025, Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a video titled, Meet LEGENDARY OAKLAND KINGPIN Demetrius "Dark Dude" Barker. During the performance and display of this video Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter fifteen "Dark Dude" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content.

## CLAIMS

### First Claim

### 17 U.S.C. § 501.

### COPYRIGHT INFRINGEMENT

### Jasmine Sanchez, Angelo Sanchez, and YouTube, LLC.

21.  Plaintiff incorporates by reference, realleges as thoroughly set forth herein the paragraphs 21-40.

22.  The actions of Jasmine Sanchez and Angelo Sanchez, directly and contributively infringed upon the registered copyright of the plaintiff and violated the rights, privileges and immunities secured to the plaintiff under the statutory provisions of 17 U.S.C § 501. During all times mentioned herein, Jasmine Sanchez and Angelo Sanchez, and each of them, separately and in concert, acted illegitimately, creating a secondary market for plaintiffs' "material" in the form of his copyright and book Drug Lords of Oakland that facilitated the violation of the terms of service therein.

23. YouTube, LLC., (hereinafter, YouTube) during all times mentioned in this claim is the Internet Service Provider (ISP) responsible for the transmission of Evil Streets TV on their

First Amended Complaint

multimedia platform. Pursuant to Section 512(c) of the DMCA (17 U.S.C. § 512(c)), which covers the storage of infringing material, does not protect an Internet Service Provider (ISP) if they receive a direct financial benefit attributable to the infringing activity and have the right and ability to control it. YouTube benefitted directly from the infringing activity of Evil Streets TV via the YouTube Partner Program while Jasmine Sanchez and Angelo Sanchez infringed upon plaintiffs registered copyright during the performance and display of the following videos listed below:

24. [On or about April 17, 2025, defendant(s) Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a thirty-seven minute, and five-second video titled, Meet Oakland's LEGENDARY GANGSTER Felix "The Cat" Mitchell. During the performance and display of this video defendants, hereafter Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter one "Big Fee" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content.

25. On or about May 19, 2025, defendant(s) Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a twenty-two minute, and twenty-nine second video titled, Meet Oakland's LEGENDARY KINGPIN Harvey "Funktown Harv" Whisenton. During the performance and display of this video defendants, Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter three "Funktown Harv" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content. This video was published complete with a caption stating the following: [Information for this video was obtained from Drug Lords of Oakland by Titus Lee Barnes].

26. On or about May 22, 2025, Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a (FILL IN) video titled, Meet Oakland's LEGENDARY KINGPIN Harvey "Funktown Harv" Whisenton. During the performance and display of this video defendants, Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter two "Mick Mo" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content. This video was published complete with a caption stating the following: [Information for this video was obtained from Drug Lords of Oakland by Titus Lee Barnes].

27. On or about May 24, 2025, Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a twenty-two minute, and sixteen-second video titled, Meet Oakland's LEGENDARY KINGPIN Rudolph "Big Rudy" Henderson. During the performance and display of this video Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter four "Big Rudy" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content. This video was published complete with a caption stating the following: [Information for this video was obtained from Drug Lords of Oakland by Titus Lee Barnes].

28. On or about May 25, 2025, Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a (FILL IN) video titled, Meet Oakland's LEGENDARY KINGPIN Daryll "Lil D" Reed. During the performance and display of this video Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter six "Lil D" of Drug Lords of Oakland by Titus Lee

First Amended Complaint

Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content.

29. On or about April 1, 2025, Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a (FILL IN) video titled, Meet Oakland's LEGENDARY KINGPIN Larry Lorenzo Parker. During the performance and display of this video Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter five "Larry P" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content.

30. On or about August 1, 2025, Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a (FILL IN-VIDEO LENGTH) video titled, Meet LEGENDARY KINGPIN Timothy "Black" Bluitt. During the performance and display of this video Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter seven "Black" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content.

31. On or about August 1, 2025, Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a (FILL IN) video titled, Meet Oakland's LEGENDARY OAKLAND KINGPIN Anthony "Ant" Flowers. During the performance and display of this video Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter eight "Ant" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content.

32. On or about August 1, 2025, Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a (FILL

First Amended Complaint

IN) video titled, Meet LEGENDARY OAKLAND KINGPIN Kevin "Slow Motion" Davis. During the performance and display of this video Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter nine "Slow Motion" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content.

33. On or about August 1, 2025, Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a (FILL IN) video titled, Meet LEGENDARY OAKLAND KINGPIN James "Hollyrock" Holloway. During the performance and display of this video Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter ten "Hollyrock" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content.

34. On or about August 1, 2025, Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed two videos (FILL IN) titled, Meet Oakland's LEGENDARY KINGPIN Charles Cosby (Part 1 and Part 2). During the performance and display of this video Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter eleven "Brookfield Charles" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content.

35. On or about August 1, 2025, Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a (FILL IN) video titled, Meet LEGENDARY OAKLAND KINGPIN Derlin "D Folks" Hines. During the performance and display of this video Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter twelve "D Folks" of Drug Lords of Oakland by

First Amended Complaint

Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content.

36. On or about August 1, 2025, Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a (FILL IN) video titled, Meet LEGENDARY OAKLAND KINGPIN "Maestro". During the performance and display of this video Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter thirteen "Maestro" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content.

37. On or about May 25, 2025, Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a (FILL IN) video titled, Meet LEGENDARY OAKLAND KINGPIN "Cuzzo Kev". During the performance and display of this video Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter fourteen "Cuzzo Kev" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content.

38. On or about August 1, 2025, Jasmine Sanchez and Angelo Sanchez were the operators/account holders of the Evil Streets TV channel on YouTube that displayed a (FILL IN) video titled, Meet LEGENDARY OAKLAND KINGPIN Demetrius "Dark Dude" Barker. During the performance and display of this video Jasmine Sanchez and Angelo Sanchez narrated, reproduced and transmitted chapter fifteen "Dark Dude" of Drug Lords of Oakland by Titus Lee Barnes and displayed copyrighted photographs while running b-roll film footage in tandem with the narration of Titus Lee Barnes book content.

First Amended Complaint

39.  Plaintiff is now suffering and will continue to suffer irreparable harm and monetary damages as a result of defendants, each one of them and their volitional conduct and infringing activities unless and until this court grants relief].

40. YouTube is being sued in their individual capacity. YouTube, LLC., is the ISP responsible for the infringement of the book Drug Lords of Oakland by Titus Lee Barnes, copyright # TX 8-646-340. YouTube financially benefitted from the monetization of Evil Streets TV via 1. Ad based and 2. Subscription based models. Therefore, YouTube shares vicarious liability for the injuries suffered in the form of a secondary market created by the actions of Jasmine Sanchez and Angelo Sanchez that took place on their platform. Also, plaintiff alleges that YouTube controlled the ISP on which Evil Streets formerly uploaded, transmitted, performed and displayed the infringing material. Therefore, YouTube directly and contributively infringed upon the registered copyright of the plaintiff and violated the rights, privileges and immunities secured to the plaintiff under the statutory provisions of 17 U.S.C § 501. Copyright infringement.

YouTube is not protected by the DMCA Section 512(c) safe harbor because it fails the "financial benefit directly attributable to infringing activity," test. By enrolling Evil Streets TV in the YouTube Partner Program, YouTube directly profited from ad revenue generated by infringing content, while maintaining the "right and ability to control" such content through its uploading and monetization algorithms, thus establishing vicarious copyright infringement liability. A) The Safe Harbor Limitation: Section 512(c) only protects ISPs that do not have actual knowledge of infringement and do not receive direct financial benefit from it. B) Direct Financial Benefit: The YouTube Partner Program means YouTube takes a percentage of revenue from videos. If those videos are infringing, YouTube is directly profiting from that specific illegal activity. C) Right and Ability to Control: YouTube

First Amended Complaint

provides the tools, controls the monetization (Partner Program), and has the ability to remove content, meeting the criteria for vicarious liability. D) The "Evil Streets TV" Factor: By actively partnering with a channel engaged in infringing activity rather than simply acting as a passive host, YouTube assumes liability.

## DEMAND FOR RELIEF

[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]

**WHEREFORE**, plaintiff requests that this court grant the following relief:

41.  Declare that Jasmine Sanchez and Angelo Sanchez violated plaintiffs fifth amendment rights when they narrated, plagiarized, reproduced and infringed upon plaintiffs copyrighted book material Drug Lords of Oakland during the performance and display on the YouTube channel Evil Streets TV using YouTube as its ISP.

42.  Declare that YouTube, violated plaintiffs statutory rights when they exercised control over Jasmine Sanchez and Angelo Sanchez' content uploaded to Evil Streets TV channel on their platform, and ;(b) Had a direct and financial interest in those activities that is not protected by the Digital Millenium Copyright Act (DMCA),according to section 512(C) hereby having vicarious liability of infringement on plaintiffs copyrighted book material Drug Lords of Oakland.

43. Declare that Jasmine Sanchez is in violation of 17 U.S.C § 501., of the book Titus Lee Barnes copyright number TX 8-646-340.

First Amended Complaint

44. Declare that Jasmine Sanchez is in violation of 17 U.S.C § 501., of the book Titus Lee Barnes copyright number TX 8-646-340.

45. Declare that YouTube, LLC., is in violation of 17 U.S.C § 501., of the book Titus Lee Barnes copyright number TX 8-646-340.

46. Plaintiff seeks a 17 U.S.C. § 502(a) and S502(b), Preliminary and Permanent Injunction.

47. Plaintiff seeks an award of actual damages from defendants Jasmine Sanchez, Angelo Sanchez, et al., each one of them under 17 U.S.C. § 504., for the irreparable harm their actions have caused the plaintiff by creating a secondary market for his copywritten book material Drug Lords of Oakland by Titus Lee Barnes.

48. Attorney fees and costs of this suit are herein.

49. For such other and further relief as the court may deem proper.

## DEMAND FOR JURY TRIAL

50. Plaintiff demands a jury trial on all issues.

Respectfully submitted,

DATED: April 2, 2026

_____
Julian Barnes Aka Titus lee Barnes

First Amended Complaint