UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIAN JAMES RAY BARNES,<br><br>Plaintiff,<br><br>v.<br><br>YOUTUBE, INC., et al.,<br><br>Defendants. | Case No.  25-cv-05901-VKD<br><br>**ORDER GRANTING AMENDED APPLICATION TO PROCEED IN FORMA PAUPERIS; ORDER TO ISSUE AND SERVE SUMMONS**<br><br>Re: Dkt. No. 55 |

Plaintiff Julian Barnes has filed an amended application to proceed *in forma pauperis*, as well as an amended complaint.  Dkt. Nos. 52, 55.  Having considered the amended application and amended complaint naming two additional defendants and making additional factual allegations, the Court hereby grants Mr. Barnes's application.  The Clerk of Court shall issue the summons (Dkt. No. 53).  Furthermore, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the amended complaint, any amendments or attachments, Mr. Barnes's affidavit, and this order upon defendants Jasmine Sanchez and Angelo Sanchez.[1]

**IT IS SO ORDERED.**

Dated: April 6, 2026

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge

---

[1] Defendant YouTube, LLC has already been served and has appeared in this action.  *See* Dkt. Nos. 17, 18.