UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIAN JAMES RAY BARNES,<br><br>Plaintiff,<br><br>v.<br><br>JASMINE SANCHEZ, et al.,<br><br>Defendants. | Case No.  25-cv-05901-VKD<br><br>**ORDER RE JUNE 30, 2026 MOTION HEARING**<br><br>Re: Dkt. Nos. 61, 62, 64, 72, 73 |

Defendants Angelo Sanchez and Jasmine Sanchez request permission to appear remotely at the hearing on their motion to dismiss (Dkt. No. 61) and defendant YouTube, LLC's ("YouTube") motion to dismiss (Dkt. No. 62), which is scheduled for June 30, 2026 at 10:00 a.m.  Dkt. No. 72. Mr. Sanchez and Ms. Sanchez state that YouTube does not oppose their request. *Id.* at 2.  On June 25, 2026, plaintiff Julian James Ray Barnes filed an opposition to Mr. Sanchez and Ms. Sanchez's request.  Dkt. No. 73.

The Sanchez defendants have shown good cause for a remote appearance and no other party has shown that the party would be prejudiced thereby.  Accordingly, for the convenience of the Court and the parties, the Court will hold the hearing **via Zoom video conference on June 30, 2026, at 11:00 a.m.**  The Court anticipates the hearing will start promptly at 11:00 a.m., but if necessary, it will start after that time, following the conclusion of the hearing on the other matter on the Court's June 30, 2026, 10:00 a.m. calendar.  All parties shall log in to the Zoom hearing no later than 11:00 a.m.  All parties who wish to be identified by the Court as making an appearance or will be participating at the hearing must provide advance notice of their appearance by sending a list of names and emails specifying main speaker(s) to Judge DeMarchi's CRD at

vkdcrd@cand.uscourts.gov no later than **June 29, 2026, 12:00 p.m.**

The parties may access the Zoom Meeting information at https://cand.uscourts.gov/judges/vkd/demarchi-virginia-k under the subheading "Access to Public Zoom Hearings."  Below is the meeting information:

Meeting ID: 161 361 2647

Passcode: 400873

**General Order 58.**  Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.

**Zoom Guidance and Setup:** https://cand.uscourts.gov/zoom/

**IT IS SO ORDERED.**

Dated: June 25, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California

2