United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

JULIAN JAMES RAY BARNES,
Plaintiff,
v.
JASMINE SANCHEZ, et al.,
Defendants.

Case No. 25-cv-05901-VKD

**CASE MANAGEMENT ORDER**

On September 15, 2026, the parties appeared for a case management conference. Based on the parties' joint case management statement, and the discussion held at the conference, the Court orders as follows:

The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply. Any party that has not yet provided its initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure must do so by **September 25, 2026.**

The parties are referred to Court's alternative dispute resolution program for mediation. The deadline for completion of the mediation is **January 13, 2027**.

In the event discovery disputes arise, the parties shall comply with the discovery dispute procedure outlined in Judge DeMarchi's Standing Order for Civil Cases,[1] which sets forth the requirements for filing joint discovery letter briefs rather than noticed discovery motions. Parties are encouraged to promptly address discovery disputes. At the latest, discovery disputes relating

[1] Parties may obtain copies of all of Judge DeMarchi's standing orders from the Clerk of the Court, or on Judge DeMarchi's web page on the Court's website (https://cand.uscourts.gov/judges/demarchi-virginia-vkd/).

to fact discovery must be submitted to the Court no later than seven days after the fact discovery cutoff. Civil L.R. 37-3.

The following schedule shall apply to this case:

| | |
|---|---|
| Fact discovery cutoff | March 15, 2027 |
| Last day for filing dispositive motions/*Daubert*[2] motions | April 15, 2027 |
| Last day for hearing on dispositive motions/*Daubert* motions | May 25, 2027 at 10:00 a.m. |

The Court will set dates for a pretrial conference and trial after it resolves the parties' dispositive motions, if any.

**IT IS SO ORDERED.**

Dated: September 15, 2026



VIRGINIA K. DEMARCHI
United States Magistrate Judge

[2] *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). This deadline applies to any motion challenging the qualifications or reliability of an expert witness testifying pursuant to Fed. R. Evid. 702. *See id.; Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999).